IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARROLYN CAMPBELL** *et al.*                          **PLAINTIFFS**

v.                      No. 4:12-cv-176-DPM

**RELIANCE HEALTH CARE INC.** *et al.*                  **DEFENDANTS**

ORDER

The Plaintiffs belatedly acknowledge, *Document No. 42*, that they filed the wrong version of their first amended and substituted complaint, *Document No. 17*. In the circumstances, the Court grants the Plaintiffs leave to file a second amended and substituted complaint by 19 July 2012. The motions to dismiss, *Document Nos. 27, 28, & 31*, are denied without prejudice as moot. If the Defendants move to dismiss again, they are free to incorporate arguments previously made in the mooted papers. They should do so by citing the document number and particular page numbers within the document. Plaintiffs' counsel owes Defendants' counsel an apology.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 July 2012