IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL; AMANDA　　　　　　　　　　　　　　　　　PLAINTIFF
HODGES; CRYSTAL WALTERS; and
HEATHER CROW, all individually and
on behalf of others similarly situated

v.　　　　　　　　　　Case No. 4:12-cv-176-DPM

RELIANCE HEALTH CARE, INC.;
NORTHWEST HEALTH & REHAB,
INC. d/b/a North Hills Life Care & Rehab;
OCNC, INC. d/b/a Silver Oaks Health
& Rehabilitation; SCNC, INC. d/b/a
Spring Creek Health & Rehab; and
BRANDON ADAMS & BRYAN ADAMS,
both individually and his capacity
as owner, manager, officer and/or
incorporator of Reliance Health Care, Inc.
and Northwest Health & Rehab, Inc.　　　　　　　　　　　　　　　DEFENDANTS

ORDER

The motion for sanctions, *Document No. 58*, is denied.  Considering all the material circumstances, the Court concludes that plantiffs' counsels' acts and omissions, badly mistaken though they were, do not rise to the level of recklessness and vexatiousness required to satisfy the statute. 28 U.S.C. § 1927; *compare Clark v. UPS, Inc.*, 460 F.3d 1004, 1010-11 (8th Cir. 2006).  The

Court also declines to invoke its inherent authority to sanction in the circumstances presented.

So Ordered.

*/s/ DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

<u>12 September 2012</u>