IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN CAMPBELL, CRYSTAL WALTERS, HEATHER
CROW, AMANDA HODGES, TABITHA RILEY, TERESA
KNIGHT, AND EBONY BRADFORD INDIVIDUALLY & ON
BEHALF OF OTHERS SIMILARLY SITUATED,                        PLAINTIFFS

vs.                     Case No. 4:12-cv-00176-DPM

RELIANCE HEALTH CARE, INC., NORTHWEST HEALTH AND
REHAB, INC., d/b/a NORTH HILLS LIFE CARE AND REHAB,
OCNC, INC. d/b/a SILVER OAKS HEALTH AND
REHABILITATION, SCNC, INC. d/b/a SPRING CREEK HEALTH
& REHAB, JBNC, INC. d/b/a RIDGECREST HEALTH AND
REHABILITATION CENTER INC., BRANDON ADAMS, AND
BRYAN M. ADAMS, individually and in their capacity as owners,
managers, officers, and/or incorporators of the above-referenced
corporate defendants,                                       DEFENDANTS

**EXHIBIT INDEX TO DEFENDANTS RELIANCE HEALTH CARE, INC.,
BRANDON ADAMS, AND BRYAN ADAMS' STATEMENT OF MATERIAL FACTS IN
SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Exhibit Title |
|---|---|
| A. | Condensed Deposition Transcript of Heather Crow and Exhibits |
| B. | Condensed Deposition Transcript of Tabitha Riley and Exhibits |
| C. | Condensed Deposition Transcript of Amanda Hodges |
| D. | Condensed Deposition Transcript of Crystal Walters and Exhibits |
| E. | Condensed Deposition Transcript of Carrolyn Campbell and Exhibits |
| F. | Condensed Deposition Transcript of Ebony Bradford |
| G. | Condensed Deposition Transcript of Lisa Yahnke |
| H. | Condensed Deposition Transcript of Kathy Beevers |
| I. | Condensed Deposition Transcript of Maurice Bridges |
| J. | Condensed Deposition Transcript of Tracey Burlison |
| K. | Condensed Deposition Transcript of Brandon Anthony Adams |
| L. | Condensed Deposition Transcript of Bryan Adams |
| M. | Declaration of Kathy Beevers |
| N. | Declaration of Maurice Bridges |
| O. | Declaration of Tracey Burlison |
| P. | Declaration of Lisa Yahnke |

Respectfully submitted this 23rd day of August, 2013.

/s/ *Angelo Spinola*
Angelo Spinola
Georgia Bar No. 672191
Admitted *Pro Hac Vice*
Anne M. Mellen
Georgia Bar No. Bar No. 558694
Admitted *Pro Hac Vice*
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA 30326.4803
Telephone: 404.233.0330
Facsimile: 404.233.2361
Email: aspinola@littler.com
Email: amellen@littler.com

Eva C. Madison, (98183)
**LITTLER MENDELSON, P.C.**
The Fulbright Building
217 E. Dickson Street, Suite 204
Fayetteville, Arkansas 72701
Telephone: 479.582.6100
Facsimile: 479.582.6111
Email: emadison@littler.com

Rebecca Adelman
(Arkansas Bar No. 92012)
**HAGWOOD ADELMAN TIPTON, PC**
545 South Main Street, Suite 111
Memphis, TN 38103
Telephone: 901.529.9313
Facsimile: 901.529.8772

Attorneys for Defendants

Respectfully submitted this 23rd day of August, 2013.

/s/ *Angelo Spinola*
Angelo Spinola
Georgia Bar No. 672191
Admitted *Pro Hac Vice*
Anne M. Mellen
Georgia Bar No. Bar No. 558694
Admitted *Pro Hac Vice*
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA 30326.4803
Telephone: 404.233.0330
Facsimile: 404.233.2361
Email: aspinola@littler.com
Email: amellen@littler.com

Eva C. Madison, (98183)
**LITTLER MENDELSON, P.C.**
The Fulbright Building
217 E. Dickson Street, Suite 204
Fayetteville, Arkansas 72701
Telephone: 479.582.6100
Facsimile: 479.582.6111
Email: emadison@littler.com

Rebecca Adelman
(Arkansas Bar No. 92012)
**HAGWOOD ADELMAN TIPTON, PC**
545 South Main Street, Suite 111
Memphis, TN 38103
Telephone: 901.529.9313
Facsimile: 901.529.8772

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2013, the foregoing **EXHIBIT INDEX TO DEFENDANTS RELIANCE HEALTH CARE, INC., BRANDON ADAMS, AND BRYAN ADAMS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

John T. Holleman
Maryna O. Jackson
Holleman & Associates, P.A.
1008 West Second Street
Little Rock, AR  72201
jholleman@johnholleman.net
maryna@johnholleman.net

William Ryan
Bryce William Ashby
Donati Law Firm, LLP
1545 Union Avenue
Memphis, TN  38104-3726
billy@donatilawfirm.com
bryce@donatilawfirm.com

                                          */s/ Angelo Spinola*
                                          Angelo Spinola
                                          Attorney for Defendants