## DECLARATION OF LISA YAHNKE

I, Lisa Yahnke, declare under perjury that the following is true and correct.

1.

I am over 18 years of age and have personal knowledge of the matters contained in this declaration.

2.

I am the Facility Administrator of JBNC, Inc. d/b/a Ridgecrest Health and Rehabilitation ("Ridgecrest"). I offer this declaration in support of Defendant's Reliance Health Care, Inc., Brandon Adams, and Bryan Adams' Motion for Summary Judgment.

3.

As the Facility Administrator, I run Ridgecrest's day-to-day operations, oversee the department managers within Ridgecrest to ensure they are managing their departments, oversee the business office to ensure they are appropriately billing and collecting money, oversee Ridgecrest's human resources and payroll departments to ensure these functions are being appropriately managed, and generally supervise the facility's employees.

4.

As the Facility Administrator, sometimes with the assistance of other Ridgecrest's personnel, I am exclusively responsible for hiring all staff of Ridgecrest. I do not receive input from Reliance Health Care, Inc. ("Reliance") or Brandon Adams or Bryan Adams regarding my hiring decisions.

5.

Even if Ridgecrest has an employment applicant who previously worked at another facility that has an administrative service provider agreement with Reliance, Ridgecrest requires



the individual to complete and submit an employment application, submit to a background check, and attend and complete facility orientation.

6.

Ridgecrest has requested that Reliance handle the service of finalizing and printing the facility's paychecks. Ridgecrest inputs all the information necessary for Reliance to perform the administrative service of processing payroll. Ridgecrest's employees enter time into Timeforce each work day. The facility's personnel director runs exception reports and reviews employees' reported hours of work. The week of payroll, the personnel director prints time cards for department heads which show each department's employees' hours of work. Each department head reviews his or her employees' hours of work and discusses any discrepancies with employees. If there are any corrections, employees fill out a time adjustment form and submit it to the personnel director who makes the changes in Timeforce.    After the department heads verify their employees' reported hours of work, the personnel director prints time cards for every employee. The facility requires the employees to review their hours of work and certify that the time they recorded is accurate by signing their time card. However, if the employee determines there is an issue with his or her reported hours of work, the employee is required to fill out a time adjustment form and submit it to the facility's personnel director.    The personnel director reviews the time adjustment forms and enters all changes into Timeforce. The personnel director uploads Timeforce to Americana by Tuesday at noon. Checks are cut at Reliance and sent to the facility for distribution.

7.

Ridgecrest has the exclusive responsibility with respect to collecting, reviewing and processing time adjustment forms and training employees on how to use time adjustment forms. Time adjustment forms are completed by Ridgecrest's employees, submitted to facility personnel

and maintained at Ridgecrest. Reliance has no role in collecting, reviewing or processing time adjustment forms or training employees on how to use time adjustment forms. Time adjustment forms are exclusively maintained by Ridgecrest. A true and correct copy of the time card adjustment forms maintained by Ridgecrest for Tabitha Riley are attached as Exhibit 1.

8.

Ridgecrest has the exclusive responsibility with respect to collecting, reviewing and processing time cards and training employees on how to review and certify the accuracy of time cards. The time cards printed by Ridgecrest's personnel director on which its employees certify the accuracy of their reported hours of work are completed by Ridgecrest's employees, submitted to facility personnel and maintained at Ridgecrest. Reliance has no role in this process. Time cards are exclusively maintained by Ridgecrest. A true and correct copy of Tabitha Riley's time cards maintained by Ridgecrest are attached as Exhibit 2.

9.

Ridgecrest has the exclusive responsibility with respect to decisions concerning the appropriate staffing levels and the utilization of staffing logs. Ridgecrest maintains a policy requiring that nursing staff accurately record their clock in and clock out times on Ridgecrest's staffing logs. Reliance has no role in ensuring that the facility is adequately staffed, verifying that the facility is adequately staffed, or managing staffing levels for the facility. Facility personnel are responsible for adequately staffing the facility, verifying that the facility is adequately staffed, and managing staffing levels for the facility as needed. Staffing logs are exclusively maintained by Ridgecrest. A true and correct copy of an example of staffing logs maintained by Ridgecrest that Tabitha Riley signed are attached as Exhibit 3.

10.

Ridgecrest has the exclusive responsibility with respect to hiring, firing, performance

management and evaluation, setting initial pay rates and authorizing pay increases, issuing discipline, communicating policy, promoting and demoting, training, and all other employment-related decisions.  A true and correct copy of representative documents from Tabitha Riley's personnel file demonstrating Ridgecrest's exclusive role in the day-to-day management of Ms. Riley's employment are attached as Exhibit 4.

11.

Only six of the approximate 230 documents contained in Ms. Riley's personnel file relate to or mention Reliance in any way.  Four documents are forms related to the third party administration of employee benefits, one of the administrative services provided by Reliance. Reliance assists Ridgecrest in arranging medical benefits with a separate, third party vendor. One document relates to Ms. Riley's name change which was sent to Reliance because it cuts checks for the facility.  One relates to a confirmation that the administrative services provider has not refused to provide adequate patient supplies.

12.

Ridgecrest's personnel files are exclusively maintained by Ridgecrest.  Reliance has no involvement or responsibility for maintaining Ridgecrest's personnel files.

13.

Ridgecrest has the exclusive responsibility with respect to scheduling breaks. Department heads schedule breaks at the facility.  Reliance has no role in setting employees' breaks or confirming that they received them.  A true and correct copy of an example daily break log for Teresa Knight maintained by Ridgecrest is attached as Exhibit 5.

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS
TRUE AND CORRECT.

Executed on August 23, 2013

Lisa Yahnke

Confidential

## Time Adjustment Request

Employee Name: _Isabella Kular_
Employee Number: _363_
Position: _CNA_

Day of the week of error: _Sunday_
Date of error: _7-30-11_

Actual time in: _2:00_   am / pm (circle one)
Actual time out: _6:00_   am / pm (circle one)

Reason for / Explanation of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☐ Other; please explain: _[handwritten]_

Shift supervisor signature: _[signature]_

Dept supervisor signature: _[signature]_

*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-
MITTING TO PAYROLL!

Adjusted by: _JJ (init)_   Date: _8/1/11_

---

## Time Adjustment Request

Employee Name: _Tabitha Kular_
Employee Number: _383_
Position: _CNA_

Day of the week of error: _[illegible]_
Date of error: _7/22/11_

Actual time in: _2_   am / pm (circle one)
Actual time out: _6_   am / pm (circle one)

Reason for / Explanation of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☐ Other; please explain: _Called in to work_

Shift supervisor signature: _[signature]_

Dept supervisor signature: _[signature]_

*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-
MITTING TO PAYROLL!

Adjusted by: _JJ (init)_   Date: _7/25/11_



EXHIBIT
1

RHIC011213

Confidential

# Time Adjustment Request

Employee Name: Martha Riley

Employee Number: 383

Position: CNA

Day of the week of error: Friday

Date of error: 7-1-11

Actual time in: 9:53 am / pm (circle one)

Actual time out: 10:03 am / pm (circle one)

**Reason for / Explanation of error:**

☐ New employee; unable to clock yet

☐ Forgot to clock

☐ Other: please explain: _time clock_
_on but was not in clock_
_to pull time card sos_
_auount_

Shift supervisor signature: _[signature]_

Dept supervisor signature: _[signature]_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: _[signature]_ (init) Date: 7/5/11

---

# Time Adjustment Request

Employee Name: Martha Wilson

Employee Number: 383

Position: CNA

Day of the week of error: Saturday

Date of error: 12-1-13

Actual time in: 1:53 am / pm (circle one)

Actual time out: 10:04 am / pm (circle one)

**Reason for / Explanation of error:**

☐ New employee; unable to clock yet

☐ Forgot to clock

☐ Other: please explain: _we had only_
_3 aides on cast_
_hall of east and half of_
_south was alone Martha_
_Wilson was alone will even_

Shift supervisor signature: _[signature]_

Dept supervisor signature: _[signature]_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: _[signature]_ (init) Date: 2/5/13

RHC011214

# Time Adjustment Request

**Employee Name:** Martha Keiser
**Employee Number:** 383

Position: CNA

**Day** of the week of error: Sunday
**Date** of error: 1-31-00

Actual time in: ~~8:00~~ 8:00   am / pm (circle one)
Actual time out: 6:00   am / pm (circle one)

**Reason for / Explanation of error:**
☐ New employee; unable to clock yet
☐ Forgot to clock
☑ Other: please explain: Debbie told
me to leave, was here stuck
from snow, and I wanted to get
home like on bad roads and
didn't want roads to be that bad →

Shift supervisor signature: Elizabeth Meddin LPN

Dept supervisor signature: DB ok PN

## *MUST OBTAIN BOTH SIGNATURES BEFORE SUBMITTING TO PAYROLL!

Adjusted by: TC (init)   Date: 2/8/10

Confidential

RHC012073

# Time Adjustment Request

**Employee Name:** Bertha Weiser
**Employee Number:** 383

Position: Cajra

**Day** of the week of error: Sunday
**Date** of error: 2-7-10

Actual time In: 2:00   am / (pm) *(circle one)*
Actual time out: 6:00   (am / pm) *(circle one)*
2-8-10

**Reason** for / **Explanation** of error:
- [ ] New employee; unable to clock yet
- [ ] Forgot to clock
- [x] Other: please explain: was at
Time Clock trying to clock
in and by time it got me
it was 6:01 pm

Shift supervisor signature: M. Rutherford

Dept supervisor signature: DRottan

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by (JLC) *(init)*   Date: 2/8/10

Confidential

RHC012074

# Time Adjustment Request

**Employee Name:** Taretha Verser

Employee Number: 383

Position: CNA

**Day** of the week of error: Friday

**Date** of error: _____

Actual time in: 2:00 ___ am (pm) *(circle one)*
Actual time out: 6:00 (am) pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☑ Other: please explain: Shannon called
me in because of call-ins,
+ they were short

Shift supervisor signature: Mary A. Long RN

Dept supervisor signature: D Moss RN

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: D (init)   Date: 5/3/10

Confidential

# Time Adjustment Request

**Employee Name:** Tabitha Iversen

Employee Number: 383

Position: CNA

**Day** of the week of error: Sat | Sun

**Date** of error: 5-1 | 5-2

Actual time in: 1:53          am / pm *(circle one)*
Actual time out: 10:00          am / pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☑ Other: please explain: when lighten
flashed it messed up
time clock went back 2 hours

Shift supervisor signature: _Charlotte Medley LPN_

Dept supervisor signature: _____

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: ___(C)___ *(init)*   Date: 5/3/10

Confidential

RHC012076

# Time Adjustment Request

**Employee Name:** _Tabitha Verser_
Employee Number: _383_

Position: _CNA_

**Day** of the week of error: _Friday_
**Date** of error: _3-19-10_

Actual time in: _8:00_        am / pm *(circle one)*
Actual time out: _10:00_        am / pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☑ Forgot to clock
☐ Other: please explain: _____

_____
_____

Shift supervisor signature: _T Wilkerson_

Dept supervisor signature: _DR_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-
MITTING TO PAYROLL!**

Adjusted by: _TC_ (init)   Date: _3/19/11_

Confidential

RHC012077

# Time Adjustment Request

**Employee Name:** Tonya Riley
Employee Number: 383

Position: CNA - Nursing

**Day** of the week of error: 1-8-11
**Date** of error: 1-8-11

Actual time in: 9:00 ___ am / pm *(circle one)*
Actual time out: 6:00 ___ am / pm *(circle one)*
1-9-11

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☑ Other: please explain: couldn't
remember if I clocked
out this morning when
I left.

Shift supervisor signature: _Archer, LPN_

Dept supervisor signature: _DRose RN_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-
MITTING TO PAYROLL!**

Adjusted by: _____ (init)   Date: 1 10 11

# Time Adjustment Request

**Employee Name:** Tabitha Verser

Employee Number: 383

Position: CNA

**Day** of the week of error: Friday

**Date** of error: 3-19-10

Actual time in: 2:00    am / pm *(circle one)*

Actual time out: 10:00    am / pm *(circle one)*

**Reason** for / **Explanation** of error:

☐ New employee; unable to clock yet

☑ Forgot to clock

☐ Other: please explain: _____

_____

Shift supervisor signature: TWilliams LPN

Dept supervisor signature: DRose RN

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: (TC) *(Init)*   Date: 3/19/11

Confidential

RHC012079

# Time Adjustment Request

**Employee Name:** _TABITHA VERSER_

Employee Number:_____

Position:____ _CNA_

**Day** of the week of error:___ _SATURDAY_
   **Date** of error:_____ _9-26-09_

Actual time in:___ _1:58_ ____ am /(pm) *(circle one)*
Actual time out:_____ am / pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☑ Forgot to clock _IN_
☐ Other: please explain:_____

_____
_____
_____

Shift supervisor signature:_____

Dept supervisor signature:_ _Brown_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-
MITTING TO PAYROLL!**

Adjusted by__ _(TC)_ __ *(init)*  Date:___ _9/28/09_

Confidential

RHC012080

# Time Adjustment Request

**Employee Name:** Martha Verser

Employee Number: 383

Position: CNA

**Day** of the week of error: Saturday

**Date** of error: 9-26-09

Actual time in: 2:00pm   am /(pm)*(circle one)*

Actual time out: 6:00 am (am)/ pm *(circle one)*

**Reason** for / **Explanation** of error:

☐ New employee; unable to clock yet

☑ Forgot to clock

☐ Other: please explain: I worked thru door and we were short + people wanted numbers to call people in and I forgot.

Shift supervisor signature: Charlotte McIntire LPN

Dept supervisor signature: _____

## *MUST OBTAIN BOTH SIGNATURES BEFORE SUBMITTING TO PAYROLL!

Adjusted by:_ _____ _(init)   Date:_____ _____

Confidential

RHC012081

# Time Adjustment Request

**Employee Name:** Tabitha Kiser
Employee Number: 383

Position: CNA

**Day** of the week of error: Saturday
**Date** of error: 10-3-09

Actual time in: 2:00 am / *pm (circle one)*
Actual time out: 6:00 am / pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☑ Forgot to clock
☐ Other; please explain: I just plain
forgot sorry

Shift supervisor signature: _Martha Meekin_

Dept supervisor signature: _D Rose LN_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: TC *(init)*   Date: 10/5/09

Confidential

RHC012082

# Time Adjustment Request

**Employee Name:** _TABITHA VERSER_

Employee Number:_____

Position:_CNA_____

**Day** of the week of error: _SATURDAY_
**Date** of error:_9-5-09_

Actual time in:_2:00_____ am / ~~pm~~ *(circle one)*
Actual time out:_____ am / pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☑ Forgot to clock
☐ Other: please explain:_____

_____
_____
_____

Shift supervisor signature:_____

Dept supervisor signature:_Rose RN_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by:_____*(init)*   Date:_9/8/09_

Confidential

RHC012083

# Time Adjustment Request

**Employee Name:** _Tabitha Verser_
Employee Number: _383_

Position: _CNA_

**Day** of the week of error: _Saturday_
        **Date** of error: _9-12-09_

Actual time in: _2:30_     am /(pm )(circle one)
Actual time out: _3:30_     am /( pm )(circle one)

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☑ Other: please explain: _I started my_
_monthly- had to run home get_
_underclothes + pads._

Shift supervisor signature: _Misty Rutherford_

Dept supervisor signature: _____

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: _TC_ _(init)_   Date: _9/14/09_

RHC012084

# Time Adjustment Request

**Employee Name:** _Tabitha Verser_
**Employee Number:** _383_

Position: _CNA_

**Day** of the week of error: _Sunday_
**Date** of error: _8-30-09_

Actual time in: _1:55_ ____ am /(pm)(circle one)
Actual time out: _12:00_ (am) pm (circle one)   _08:00  8/31/09_
_8-31-09_ ←

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☒ Other: please explain: _It Keeps Saying_
_ERROR when it try to clock in_
_or out. Had Nurse witness me_
_trying to clock out when it wouldn't let me._

Shift supervisor signature: _Lugstina Sm_

Dept supervisor signature: _DRosen_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: _Rat_ _(init)_   Date: _08/31/09_

Confidential

RHC012085

# Time Adjustment Request

Clock
did
Clock
HER
IN
and
out

**Employee Name:** *Tabitha Vierser*
**Employee Number:** 383

**Position:** CNA

**Day** of the week of error: ☒ Saturday
**Date** of error: 8-29-07

Actual time in: 1:41    am / pm (circle one)
Actual time out: 6:00    am / pm (circle one)

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☒ Other: please explain: It would not let
me clock out. Keeps saying
ERROR.

Shift supervisor signature: *Measherri Cin*

Dept supervisor signature: *D Rose RN*

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUBMITTING TO PAYROLL!**

Adjusted by: _____ (init)   Date: _____

Confidential

RHC012086

# Time Adjustment Request

**Employee Name:** _TABITHA VERSER_
Employee Number: _583_

Position: ___C.NA___

**Day** of the week of error: _FRIDAY_
       **Date** of error: _08·28·09_

Actual time in: _1:41_     am /(pm) *(circle one)*
Actual time out: _6:05_     (am)/ pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☑ Forgot to clock
☐ Other: please explain:_____
_____
_____
_____

Shift supervisor signature:_____

Dept supervisor signature: _DRoll RN_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-
MITTING TO PAYROLL!**

Adjusted by: _TC_ _(init)_   Date: _8/31/09_

Confidential

RHC012087

# Time Adjustment Request

**Employee Name:** Tabitha Veser

Employee Number: 383

Position: CNA

**Day** of the week of error: Sat

**Date** of error: 4-3-09

Actual time in: 9:00    am / pm *(circle one)*
Actual time out: 6:00    am / pm *(circle one)*

**Reason** for / **Explanation** of error:
- ☐ New employee; unable to clock yet
- ☑ Forgot to clock
- ☐ Other: please explain:_____

Shift supervisor signature: _Lwastwrd Cm_

Dept supervisor signature: _DboJe KN_

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: _TU_ *(init)*   Date: _9/14/09_

Confidential

RHC012088

# Time Adjustment Request

**Employee Name:** _Tabitha Verser_

Employee Number:_____

Position:_CNA_____

**Day** of the week of error: _Friday_____

       **Date** of error: _8-14-09_____

Actual time in: _2:00_____ am (pm) *(circle one)*
Actual time out _6:00 am_ (am) pm *(circle one)*

**Reason** for / **Explanation** of error:
- ☐ New employee; unable to clock yet
- ☐ Forgot to clock
- ☐ Other: please explain:_____
_Auto Problems_____

Shift supervisor signature:_____

Dept supervisor signature:_____

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by:_____*(init)*   Date:_8/17/09_

Confidential

RHC012089

*Lynn or Teresa C.*

# Time Adjustment Request

**Employee Name:** TABITHA VERSER
Employee Number:_____  ___

Position:____C.N.A.____

**Day** of the week of error:__MONDAY__
**Date** of error:__06-29-09__

Actual time In:__1:30__  am / pm *(circle one)*
Actual time out:__~~12:00 0000~~__ am / pm *(circle one)*
                 12:30

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☑ Forgot to clock
☐ Other: please explain:_____
_____
_____

Shift supervisor signature:_____

Dept supervisor signature:_____

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by:_____ *(int)*   Date:_____

RHC012090

# Time Adjustment Request

Employee Name: Tabitha Verser

Employee Number: 383

Position: CNA

**Day** of the week of error: Tuesday

**Date** of error: 5-5-09

Actual time in: 8:30   (am) / pm *(circle one)*

Actual time out:_____ am / pm *(circle one)*

**Reason** for / **Explanation** of error:

☐ New employee; unable to clock yet
☐ Forgot to clock
☐ Other: please explain:

Orientation

ORIENTATION

Shift supervisor signature:_____

Dept supervisor signature:_____

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by:_____ (init) Date:_____

Confidential

RHC012091

# Time Adjustment Request

**Employee Name:** Tabitha Verser
**Employee Number:** 383

**Position:** CNA

**Day** of the week of error: Sunday
**Date** of error: 10-18-09

Actual time in: 2:00        am / pm (circle one)
Actual time out: 10:00      am / pm (circle one)

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☑ Other: please explain: Went awol
got grace after I didn't get
to work I had to turn around
+ go get her

Shift supervisor signature: J Repalo, RN
Dept supervisor signature: Dow RN

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: TC (init)   Date: 10/19/09

Confidential

RHC012092

# Time Adjustment Request

**Employee Name:** Tabetha Weiser
**Employee Number:** 383

Position: CNA

**Day** of the week of error: Friday + Sat
**Date** of error: 7-30-10 / 7-31-10

Actual time in: 10:00    am / pm *(circle one)*
Actual time out: 6:00    am / pm *(circle one)*

**Reason** for / **Explanation** of error:
☐ New employee; unable to clock yet
☐ Forgot to clock
☐ Other: please explain: forgot to
clock out after a meeting
sorry

Shift supervisor signature: _____

Dept supervisor signature: _____ JY

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: JJ *(init)*   Date: 8/2/10

Confidential

# Time Adjustment Request

**Employee Name:** Tanitha Verser

Employee Number: 383

Position: CNA

**Day** of the week of error: Friday

**Date** of error: 7-30-10

Actual time in: 9:00    am / pm *(circle one)*

Actual time out: 9:30    am / pm *(circle one)*

**Reason** for / **Explanation** of error:

☐ New employee; unable to clock yet

☐ Forgot to clock

☐ Other: please explain: Forgot to clock out after meeting

Shift supervisor signature: _____

Dept supervisor signature: _____

**\*MUST OBTAIN BOTH SIGNATURES BEFORE SUB-MITTING TO PAYROLL!**

Adjusted by: JJ *(init)*   Date: 8/2/10

Confidential

RHC012094

Ridgecrest Health and Rehabilitation ────────────────────────── Page 1 of 1

𝓑

| Ridgecrest Health and Rehabilitation | **Time Card Report**<br>Sorted by Employee Name | Date<br>Range: *5/4/2009 - 5/17/2009* |
| --- | --- | --- |

**VERSER, TABITHA LYNN**                                     Date Range: 5/4/2009 - 5/17/2009

| Date | Time | Hours | Hours Type |
| --- | --- | --- | --- |
| 5/5/2009 | 8:30 AM IN<br>3:13 PM OUT | 6.25 | Worked |
| 5/8/2009 | 1:54 PM IN<br>6:01 AM OUT | 15.50 | Worked |
| 5/9/2009 | 1:42 PM IN<br>6:00 AM OUT | 15.75 | Worked |
| 5/10/2009 | 1:51 PM IN<br>10:04 PM OUT | 7.75 | Worked |
| 5/15/2009 | 1:42 PM IN<br>6:01 AM OUT | 15.75 | Worked |
| 5/16/2009 | 1:42 PM IN<br>6:00 AM OUT | 15.75 | Worked |
| 5/17/2009 | 1:55 PM IN<br>10:01 PM OUT | 7.50 | Worked |

| Date | Time | Hours | | | Hours Type |
| --- | --- | --- | --- | --- | --- |
| | | Regular | OT1 | OT2 | Total |
| | | 79.00 | 5.25 | 0.00 | 84.25 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.





Confidential                                                                                            RHC012095

**VERSER, TABITHA LYNN**                           Date Range: 5/18/2009 - 5/31/2009

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 5/22/2009 | 9:33 AM IN CNA<br>10:41 AM OUT CNA<br>1:41 PM IN CNA<br>6:03 AM OUT CNA | 17.00 | Worked |
| 5/23/2009 | 1:41 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 5/24/2009 | 1:44 PM IN CNA<br>10:00 PM OUT CNA | 7.75 | Worked |
| 5/29/2009 | 1:28 PM IN CNA<br>6:00 AM OUT CNA | 16.00 | Worked |
| 5/30/2009 | 1:48 PM IN CNA<br>6:05 AM OUT CNA | 15.75 | Worked |
| 5/31/2009 | 1:27 PM IN CNA<br>10:02 PM OUT CNA | 8.00 | Worked |

| Date | | Time | Hours | | Hours Type |
|------|------|------|-------|------|------------|
| Department | | Regular | OT1 | OT2 | Total |
| CNA | 80.25 | 79.75 | 0.50 | 0.00 | 80.25 |
| Total: | 80.25 | | | | |

Confidential
RHC012096

**VERSER, TABITHA LYNN**                          Date Range: 6/1/2009 - 6/14/2009

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 6/5/2009 | 1:50 PM IN CNA<br>6:05 AM OUT CNA | 15.75 | Worked |
| 6/6/2009 | 1:32 PM IN CNA<br>6:00 AM OUT CNA | 16.00 | Worked |
| 6/7/2009 | 1:38 PM IN CNA<br>10:01 PM OUT CNA | 7.75 | Worked |
| 6/12/2009 | 1:38 PM IN CNA<br>9:43 PM OUT CNA | 7.50 | Worked |
| 6/13/2009 | 1:21 PM IN CNA<br>6:04 AM OUT CNA | 16.25 | Worked |
| 6/14/2009 | 1:50 PM IN CNA<br>10:00 PM OUT CNA | 7.75 | Worked |

| Date | Department | | Time | Regular | OT1 | OT2 | Hours Type | Total |
|------|-----------|--|------|---------|-----|-----|------------|-------|
| CNA | | 71.00 | | 71.00 | 0.00 | 0.00 | | 71.00 |
| | Total: | 71.00 | | | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.



Confidential                                                                            RHC012097

**VERSER, TABITHA LYNN**                    Date Range: 6/15/2009 - 6/28/2009

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 6/19/2009 | 9:30 AM IN CNA<br>10:30 AM OUT CNA<br>9:30 PM IN CNA<br>6:00 AM OUT CNA | 9.00 | Worked |
| 6/20/2009 | 2:00 PM IN CNA<br>6:00 AM OUT CNA | 15.50 | Worked |
| 6/21/2009 | 1:45 PM IN CNA<br>2:00 AM OUT CNA | 11.75 | Worked |
| 6/26/2009 | 1:45 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 6/27/2009 | 1:45 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 6/28/2009 | 1:45 PM IN CNA<br>2:00 AM OUT CNA | 11.75 | Worked |

| | Date | Time | Hours | | Hours Type |
|---|------|------|-------|---|------------|
| Department | | Time | Regular | OT1 | OT2 | Total |
| CNA | 79.50 | | 76.25 | 3.25 | 0.00 | 79.50 |
| | Total: | 79.50 | | | | |

Confidential

RHC012098

VERSER, TABITHA LYNN                          Date Range: 6/29/2009 - 7/12/2009

| Date | Time | Hours | Hours Type |
|------|------|-------|-----------|
| 6/29/2009 | 1:30 PM IN CNA<br>12:30 AM OUT CNA | 10.50 | Worked |
| 7/3/2009 | 1:45 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 7/5/2009 | 2:00 PM IN CNA<br>1:45 AM OUT CNA | 11.25 | Worked |
| 7/10/2009 | 1:45 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 7/11/2009 | 1:30 PM IN CNA<br>6:00 AM OUT CNA | 16.00 | Worked |
| 7/12/2009 | 2:00 PM IN CNA<br>11:45 PM OUT CNA | 9.25 | Worked |

| Date | | Time | Hours | | Hours Type |
|------|------|------|-------|------|-----------|
| Department | | Regular | OT1 | OT2 | Total |
| CNA | 78.50 | 77.50 | 1.00 | 0.00 | 78.50 |
| Total: | 78.50 | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential                                                                                                          RHC012099

**VERSER, TABITHA LYNN**                          Date Range: 7/13/2009 - 7/26/2009
**Department: CNA**

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 7/17/2009 | 9:00 AM IN CNA<br>9:15 AM OUT CNA<br>1:45 PM IN CNA<br>5:15 PM OUT CNA | 3.75 | Worked |
| 7/18/2009 | 1:45 PM IN CNA<br>6:15 AM OUT CNA | 16.00 | Worked |
| 7/19/2009 | 1:45 PM IN CNA<br>11:15 PM OUT CNA | 9.00 | Worked |

| Date | | Time | | Hours | | | Hours Type |
|---|---|---|---|---|---|---|---|
| | Department | | Regular | OT1 | OT2 | | Total |
| CNA | 28.75 | | 28.75 | 0.00 | 0.00 | | 28.75 |
| | **Total:** | 28.75 | | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential                                                                          RHC012100

VERSER, TABITHA LYNN                          Date Range: 7/27/2009 - 8/9/2009
  Department: CNA                             Supervisor: ROSE, DEBRA

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 7/31/2009 | 1:46 PM IN CNA<br>6:01 AM OUT CNA | 15.75 | Worked |
| 8/1/2009 | 1:38 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 8/2/2009 | 1:44 PM IN CNA<br>11:39 PM OUT CNA | 9.50 | Worked |
| 8/7/2009 | 1:45 PM IN CNA<br>6:05 AM OUT CNA | 15.75 | Worked |
| 8/8/2009 | 1:47 PM IN CNA<br>6:02 AM OUT CNA | 15.75 | Worked |
| 8/9/2009 | 1:47 PM IN CNA<br>11:02 PM OUT CNA | 8.75 | Worked |

| | Date | | Time | Hours | | | Hours Type |
|---|---|---|---|---|---|---|---|
| | Department | | Regular | OT1 | OT2 | | Total |
| CNA | | 81.25 | 80.00 | 1.25 | 0.00 | | 81.25 |
| | Total: | 81.25 | | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying
that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to
the submission of payroll (during the time set aside for all employees to review and sign), and I wait
until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS
WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential                                                                                RHC012101

**VERSER, TABITHA LYNN**                                    Date Range: 8/10/2009 - 8/23/2009
Department: CNA

| Date | Time | Hours | Hours Type |
|------|------|-------|-----------|
| 8/14/2009 | 2:00 PM IN CNA<br>6:01 AM OUT CNA | 15.50 | Worked |
| 8/15/2009 | 1:54 PM IN CNA<br>6:00 AM OUT CNA | 15.50 | Worked |
| 8/21/2009 | 1:38 PM IN CNA<br>6:01 AM OUT CNA | 15.75 | Worked |
| 8/22/2009 | 1:42 PM IN CNA<br>6:01 AM OUT CNA | 15.75 | Worked |
| 8/23/2009 | 2:07 PM IN CNA<br>11:48 PM OUT CNA | 9.25 | Worked |

| | Date | Time | Hours | | Hours Type |
|---|------|------|-------|---|-----------|
| | Department | Regular | OT1 | OT2 | Total |
| CNA | 71.75 | 71.00 | 0.75 | 0.00 | 71.75 |
| | Total: 71.75 | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential                                                                RHC012102

Ridgecrest Health and Rehabilitation -                                         Page 59 of 72

**VERSER, TABITHA LYNN**                          Date Range: 8/24/2009 - 9/6/2009
Department: CNA

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 8/28/2009 | 9:01 AM IN<br>10:05 AM OUT<br>1:41 PM IN<br>6:05 AM OUT | 16.75 | Worked |
| 8/29/2009 | 1:41 PM IN<br>6:01 AM OUT | 15.75 | Worked |
| 8/30/2009 | 1:55 PM IN<br>12:00 AM OUT | 9.50 | Worked |
| 9/4/2009 | 1:46 PM IN<br>6:01 AM OUT | 15.75 | Worked |
| 9/5/2009 | 2:00 PM IN<br>6:00 AM OUT | 15.50 | Worked |
| 9/6/2009 | 1:43 PM IN<br>10:00 PM OUT | 7.75 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular | OT1 | OT2 | Total |
| | | 79.00 | 2.00 | 0.00 | 81.00 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

**VERSER, TABITHA LYNN**                              Date Range: 9/7/2009 - 9/20/2009
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 9/11/2009 | 1:52 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 9/12/2009 | 2:03 PM IN CNA<br>2:40 PM OUT CNA<br>3:40 PM IN CNA<br>6:00 AM OUT CNA | 15.00 | Worked |
| 9/13/2009 | 1:50 PM IN CNA<br>11:14 PM OUT CNA | 9.00 | Worked |
| 9/18/2009 | 1:53 PM IN CNA<br>6:01 AM OUT CNA | 15.50 | Worked |
| 9/19/2009 | 1:50 PM IN CNA<br>6:03 AM OUT CNA | 15.75 | Worked |
| 9/20/2009 | 1:58 PM IN CNA<br>4:14 PM OUT CNA | 2.25 | Worked |

| | Date | Time | Hours | | | Hours Type |
|---|------|------|-------|---|---|------------|
| | Department | Regular | OT1 | OT2 | | Total |
| CNA | 73.25 | 73.25 | 0.00 | 0.00 | | 73.25 |
| | Total: 73.25 | | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.



Ridgecrest Health and Rehabilitation -                                    Page 59 of 72

**VERSER, TABITHA LYNN**                          Date Range: 9/21/2009 - 10/4/2009
    Department: CNA

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 9/25/2009 | 8:55 AM IN CNA<br>10:00 AM OUT CNA<br>1:55 PM IN CNA<br>6:08 AM OUT CNA | 16.75 | Worked |
| 9/26/2009 | 1:58 PM IN CNA<br>6:04 AM OUT CNA | 15.50 | Worked |
| 9/27/2009 | 1:48 PM IN CNA<br>11:04 PM OUT CNA | 8.75 | Worked |
| 10/2/2009 | 1:42 PM IN CNA<br>6:00 AM OUT CNA | 15.75 | Worked |
| 10/3/2009 | 2:00 PM IN CNA<br>6:02 AM OUT CNA | 15.50 | Worked |
| 10/4/2009 | 1:58 PM IN CNA<br>10:00 PM OUT CNA | 7.50 | Worked |

| | Date | Time | Hours | | | Hours Type |
|---|---|---|---|---|---|---|
| | Department | Regular | OT1 | OT2 | Total | |
| CNA | 79.75 | 78.75 | 1.00 | 0.00 | 79.75 | |
| | Total: | 79.75 | | | | |

**I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.**



| Ridgecrest Health and Rehabilitation | Time Card Report Sorted by Employee Name | Date Range: | 10/5/2009 - 10/18/2009 |
|---|---|---|---|

**VERSER, TABITHA LYNN**                          Date Range: 10/5/2009 - 10/18/2009
Department: CNA

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 10/9/2009 | 1:43 PM IN CNA<br>6:04 AM OUT CNA | 15:45 | Worked |
| 10/10/2009 | 1:58 PM IN CNA<br>6:01 AM OUT CNA | 15:30 | Worked |
| 10/11/2009 | 1:59 PM IN CNA<br>10:00 PM OUT CNA | 7:30 | Worked |
| 10/16/2009 | 1:44 PM IN CNA<br>6:00 AM OUT CNA | 15:45 | Worked |
| 10/17/2009 | 1:47 PM IN CNA<br>6:05 AM OUT CNA | 15:45 | Worked |
| 10/18/2009 | 2:00 PM IN CNA<br>12:04 AM OUT CNA | 9:30 | Worked |

| | Date | Time | Hours | | Hours Type |
|---|---|---|---|---|---|
| | Department | Regular | OT1 | OT2 | Total |
| CNA | 79:45 | 78:45 | 1:00 | 0:00 | 79:45 |
| | Total: 79:45 | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.



Confidential                                                                    RHC012106

Ridgecrest Health and Rehabilitation -

**VERSER, TABITHA LYNN**
**Department: CNA**

Date Range: 10/19/2009 - 11/1/2009

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 10/23/2009 | 9:56 PM IN CNA<br>6:08 AM OUT CNA | 7:45 | Worked |
| 10/24/2009 | 1:56 PM IN CNA<br>6:00 AM OUT CNA | 15:30 | Worked |
| 10/25/2009 | 1:51 PM IN CNA<br>2:47 AM OUT CNA | 12:30 | Worked |
| 10/30/2009 | 1:42 PM IN CNA<br>6:01 AM OUT CNA | 15:45 | Worked |
| 10/31/2009 | 1:49 PM IN CNA<br>6:00 AM OUT CNA | 15:45 | Worked |
| 11/1/2009 | 1:51 PM IN CNA<br>3:02 AM OUT CNA | 12:45 | Worked |

| | Date | Time | | Hours | | Hours Type |
|---|------|------|---|-------|---|------------|
| | Department | Regular | OT1 | | OT2 | Total |
| CNA | 80:00 | 75:45 | 4:15 | | 0:00 | 80:00 |
| | Total:   80:00 | | | | | |

**I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.**

**VERSER, TABITHA LYNN**                          Date Range: 11/2/2009 - 11/15/2009
Department: CNA

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 11/6/2009 | 1:49 PM IN CNA<br>6:00 AM OUT CNA | 15:15 | Worked |
| 11/7/2009 | 1:52 PM IN CNA<br>6:01 AM OUT CNA | 15:45 | Worked |
| 11/8/2009 | 1:49 PM IN CNA<br>11:22 PM OUT CNA | 9:00 | Worked |
| 11/13/2009 | 2:00 PM IN CNA<br>6:31 PM OUT CNA<br>9:21 PM IN CNA<br>6:04 AM OUT CNA | 12:45 | Worked |
| 11/14/2009 | 2:38 PM IN CNA<br>6:00 AM OUT CNA | 14:45 | Worked |
| 11/15/2009 | 1:53 PM IN CNA<br>11:59 PM OUT CNA | 9:30 | Worked |

| Date | | Time | Hours | | Hours Type | |
|------|------|------|-------|------|------------|------|
| | Department | Regular | OT1 | OT2 | Total | |
| CNA | 77:00 | 77:00 | 0:00 | 0:00 | 77:00 | |
| | Total: 77:00 | | | | | |

**I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.**



Confidential                                                                        RHC012108

**VERSER, TABITHA LYNN**                    Date Range: 11/16/2009 - 11/29/2009
**Department: CNA**                         Supervisor: ROSE, DEBRA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|-----------|
| 11/20/2009 | 1:52 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:15 | 1:00 | 15:15 | Worked |
| 11/21/2009 | 1:53 PM IN CNA NORMAL<br>6:04 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 11/22/2009 | 2:00 PM IN CNA NORMAL<br>12:08 AM OUT CNA NORMAL | 10:15 | 1:00 | 9:15 | Worked |
| 11/27/2009 | 1:59 PM IN CNA NORMAL<br>6:02 AM OUT CNA NORMAL | 16:00 | 1:00 | 15:00 | Worked |
| 11/28/2009 | 1:43 PM IN CNA NORMAL<br>6:02 AM OUT CNA NORMAL | 16:15 | 1:00 | 15:15 | Worked |
| 11/29/2009 | 1:52 PM IN CNA NORMAL<br>12:05 AM OUT CNA NORMAL | 10:15 | 0:30 | 9:45 | Worked |

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|-----------|
| | Worked Department | Hour Type | | Regular | Sub Total |
| | CNA | Worked | | 80:00 | 80:00 |
| | Grand Totals | | 80:00 | | 80:00 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

NO
ADL'S

Tabitha
Verser

Confidential                                                                  RHC012109

**VERSER, TABITHA LYNN**
Department: CNA

Date Range: 11/30/2009 - 12/13/2009
Supervisor: ROSE, DEBRA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|-----------|
| 12/4/2009 | 1:48 PM IN CNA NORMAL<br>6:10 AM OUT CNA NORMAL | 16:30 | 1:00 | 15:30 | Worked |
| 12/5/2009 | 1:49 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 12/6/2009 | 1:58 PM IN CNA NORMAL<br>12:01 AM OUT CNA NORMAL | 10:00 | 0:30 | 9:30 | Worked |
| 12/11/2009 | 10:08 PM IN CNA NORMAL<br>6:04 AM OUT CNA NORMAL | 7:45 | 0:30 | 7:15 | Worked |
| 12/12/2009 | 1:45 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 12/13/2009 | 2:01 PM IN CNA NORMAL<br>10:13 PM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|-----------|
| | Department | Regular | OT1 | OT2 | Total |
| CNA | Total:       71:30 | 70:45 | 0:45 | 0:00 | 71:30 |
| | 71:30 | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Ridgecrest Health and Rehabilitation -

**VERSER, TABITHA LYNN**
Department: CNA

Date Range: 12/14/2009 - 12/27/2009
Supervisor: ROSE, DEBRA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|------------|-----------|------------|
| 12/18/2009 | 8:54 AM IN CNA NORMAL<br>10:00 AM OUT CNA NORMAL<br>1:51 PM IN CNA NORMAL<br>6:07 AM OUT CNA NORMAL | 17:15 | 0:30 | 16:45 | Worked |
| 12/19/2009 | 1:52 PM IN CNA NORMAL<br>6:03 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 12/20/2009 | 1:58 PM IN CNA NORMAL<br>10:03 PM OUT CNA NORMAL | 8:00 | 0:30 | 7:30 | Worked |
| 12/25/2009 | 1:57 PM IN CNA NORMAL<br>6:12 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 12/26/2009 | 2:00 PM IN CNA NORMAL<br>6:05 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 12/27/2009 | 1:54 PM IN CNA NORMAL<br>10:13 PM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |

| Date<br>Department | Time | Hours<br>Regular | Deductions<br>OT1 | Net Hours<br>OT2 | Hours Type<br>Total |
|------|------|------|------|------|------|
| CNA | 79:00 | 79:00 | 0:00 | 0:00 | 79:00 |
| Total: | 79:00 | | | | 79:00 |

**I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.**

RHC012111

**VERSER, TABITHA LYNN**
Department: CNA

Date Range: 12/28/2009 - 1/10/2010
Supervisor: ROSE, DEBRA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| 1/1/2010 | 2:00 PM IN CNA NORMAL<br>6:06 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 1/2/2010 | 2:00 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 1/3/2010 | 1:38 PM IN CNA NORMAL<br>10:15 PM OUT CNA NORMAL | 8:30 | 0:30 | 8:00 | Worked |
| 1/8/2010 | 2:01 PM IN CNA NORMAL<br>6:02 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 1/9/2010 | 1:39 PM IN CNA NORMAL<br>6:05 AM OUT CNA NORMAL | 16:15 | 1:00 | 15:15 | Worked |
| 1/10/2010 | 1:44 PM IN CNA NORMAL<br>11:09 PM OUT CNA NORMAL | 9:30 | 0:30 | 9:00 | Worked |

| Date Worked | Department | Time Hour Type | Hours Reg Total | OT1 Total | Deductions OT2 Total | Net Hours OT3 Total | OT4 Total | Hours Type Sub Total |
|---|---|---|---|---|---|---|---|---|
| | CNA | Worked | 78:45 | 0:00 | 0:00 | 0:00 | 0:00 | 78:45 |
| | Grand Totals | | 78:45 | 0:00 | 0:00 | 0:00 | 0:00 | 78:45 |

63.25

NO

15.50
Holiday

Confidential
RHC012112

Ridgecrest Health and Rehabilitation -                                   Page 39 of 50

**VERSER, TABITHA LYNN**                         Date Range: 1/11/2010 - 1/24/2010

Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|-----------|
| 1/15/2010 | 1:53 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 1/16/2010 | 1:57 PM IN CNA NORMAL<br>6:02 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 1/17/2010 | 1:51 PM IN CNA NORMAL<br>10:00 PM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |
| 1/22/2010 | 1:56 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 1/23/2010 | 1:53 PM IN CNA NORMAL<br>5:59 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 1/24/2010 | 1:57 PM IN CNA NORMAL<br>10:05 PM OUT CNA NORMAL | 8:00 | 0:30 | 7:30 | Worked |

| Date | | Time | | Hours | | Deductions | | Net Hours | | Hours Type |
|------|------|------|------|-------|------|-----------|------|-----------|------|-----------|
| Worked Department | | Hour Type | Reg Total | OT1 Total | | OT2 Total | OT3 Total | OT4 Total | | Sub Total |
| CNA | | Worked | 77:15 | 0:00 | | 0:00 | 0:00 | 0:00 | | 77:15 |
| **Grand Totals** | | | 77:15 | 0:00 | | 0:00 | 0:00 | 0:00 | | 77:15 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying
that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to
the submission of payroll (during the time set aside for all employees to review and sign), and I wait
until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS
WILL BE CORRECTED ON MY NEXT PAYCHECK.



Confidential                                                                      RHC012113

**VERSER, TABITHA LYNN**                          Date Range: 1/25/2010 - 2/7/2010
Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| 1/29/2010 | 1:54 PM IN CNA NORMAL 6:10 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 1/30/2010 | 1:55 PM IN CNA NORMAL 6:16 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 1/31/2010 | 1:57 PM IN CNA NORMAL 6:19 PM OUT CNA NORMAL | 4:15 | 0:00 | 4:15 | Worked |
| 2/6/2010 | 1:53 PM IN CNA NORMAL 6:02 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 2/7/2010 | 2:00 PM IN CNA NORMAL 6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |

| Date Worked Department | Time Hour Type | Hours Reg Total | OT1 Total | Deductions OT2 Total | Net Hours OT3 Total | OT4 Total | Hours Type Sub Total |
|---|---|---|---|---|---|---|---|
| CNA | Worked | 66:45 | 0:00 | 0:00 | 0:00 | 0:00 | 66:45 |
| Grand Totals | | 66:45 | 0:00 | 0:00 | 0:00 | 0:00 | 66:45 |

$66.75

Confidential                                                                        RHC012114

**VERSER, TABITHA LYNN**

Date Range: 2/8/2010 - 2/21/2010

Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| 2/12/2010 | 1:53 PM IN CNA NORMAL 6:09 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 2/13/2010 | 2:00 PM IN CNA NORMAL 6:06 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 2/14/2010 | 1:52 PM IN CNA NORMAL 10:00 PM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |
| 2/19/2010 | 1:58 PM IN CNA NORMAL 6:04 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 2/20/2010 | 1:54 PM IN CNA NORMAL 6:01 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 2/21/2010 | 1:53 PM IN CNA NORMAL 10:07 PM OUT CNA NORMAL | 8:00 | 0:30 | 7:30 | Worked |

| Date Worked Department | Time Hour Type | Hours Reg Total | OT1 Total | Deductions OT2 Total | OT3 Total | Net Hours OT4 Total | Hours Type Sub Total |
|---|---|---|---|---|---|---|---|
| CNA | Worked | 77:30 | 0:00 | 0:00 | 0:00 | 0:00 | 77:30 |
| Grand Totals | | 77:30 | 0:00 | 0:00 | 0:00 | 0:00 | 77:30 |

**VERSER, TABITHA LYNN**                              Date Range: 2/22/2010 - 3/7/2010

Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|------------|
| 2/26/2010 | 9:00 AM IN CNA NORMAL 10:00 AM OUT CNA NORMAL 1:53 PM IN CNA NORMAL 6:00 AM OUT CNA NORMAL | 17:00 | 0:30 | 16:30 | Worked |
| 2/27/2010 | 1:52 PM IN CNA NORMAL 6:01 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 2/28/2010 | 1:51 PM IN CNA NORMAL 10:00 PM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |
| 3/5/2010 | 1:53 PM IN CNA NORMAL 6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 3/6/2010 | 1:55 PM IN CNA NORMAL 6:02 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 3/7/2010 | 2:00 PM IN CNA NORMAL 10:00 PM OUT CNA NORMAL | 8:00 | 0:30 | 7:30 | Worked |

| Date | Time | Hours Regular | Deductions OT1 | Net Hours OT2 | Hours Type Total |
|------|------|---------------|----------------|---------------|------------------|
| Department | | | | | |
| CNA | 78:30 | 78:30 | 0:00 | 0:00 | 78:30 |
| Total: | 78:30 | | | | |

**VERSER, TABITHA LYNN**                    Date Range: 3/8/2010 - 3/21/2010

Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|------------|
| 3/12/2010 | 1:53 PM IN CNA NORMAL<br>6:06 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 3/13/2010 | 1:53 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 3/14/2010 | 2:00 PM IN CNA NORMAL<br>10:00 PM OUT CNA NORMAL | 8:00 | 0:30 | 7:30 | Worked |
| 3/19/2010 | 2:00 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 3/20/2010 | 1:54 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 3/21/2010 | 1:55 PM IN CNA NORMAL<br>10:08 PM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|------------|
| | | Regular | OT1 | OT2 | Total |
| Department | | | | | |
| CNA | 77:15 | 77:15 | 0:00 | 0:00 | 77:15 |
| **Total:** | **77:15** | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Tabitha Verser



Confidential                                                                                    RHC012117

Ridgecrest Health and Rehabilitation

**VERSER, TABITHA LYNN**          Date Range: 3/22/2010 - 4/4/2010
Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|------------|-----------|------------|
| 3/25/2010 | 1:53 PM IN CNA<br>10:07 PM OUT CNA | 8:00 | 0:30 | 7:30 | Worked |
| 3/26/2010 | 8:54 AM IN CNA<br>10:11 AM OUT CNA<br>1:50 PM IN CNA<br>10:00 PM OUT CNA | 9:30 | 0:30 | 9:00 | Worked |
| 3/27/2010 | 1:49 PM IN CNA<br>6:03 AM OUT CNA | 16:15 | 0:30 | 15:45 | Worked |
| 4/2/2010 | 1:53 PM IN CNA<br>6:09 AM OUT CNA | 16:15 | 0:30 | 15:45 | Worked |
| 4/3/2010 | 1:56 PM IN CNA<br>6:01 AM OUT CNA | 16:00 | 0:30 | 15:30 | Worked |
| 4/4/2010 | 1:53 PM IN CNA<br>10:00 PM OUT CNA | 8:00 | 0:30 | 7:30 | Worked |

| Date | Time | Hours<br>Regular | Deductions<br>OT1 | Net Hours<br>OT2 | Hours Type<br>Total |
|------|------|---------|------------|-----------|------------|
| | Department | 71:00 | 0:00 | 0:00 | 71:00 |
| CNA | Total: | 71:00 | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential
RHC012118

**VERSER, TABITHA LYNN**                              Date Range: 4/5/2010 - 4/18/2010
**Department: CNA**

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|------------|-----------|------------|
| 4/9/2010 | 1:50 PM IN CNA<br>6:00 AM OUT CNA | 16:15 | 0:30 | 15:45 | Worked |
| 4/10/2010 | 1:53 PM IN CNA<br>6:01 AM OUT CNA | 16:00 | 0:30 | 15:30 | Worked |
| 4/11/2010 | 1:53 PM IN CNA<br>10:00 PM OUT CNA | 8:00 | 0:30 | 7:30 | Worked |
| 4/16/2010 | 1:55 PM IN CNA<br>6:00 AM OUT CNA | 16:00 | 0:30 | 15:30 | Worked |
| 4/17/2010 | 1:52 PM IN CNA<br>6:03 AM OUT CNA | 16:15 | 0:30 | 15:45 | Worked |
| 4/18/2010 | 2:00 PM IN CNA<br>10:12 PM OUT CNA | 8:15 | 0:30 | 7:45 | Worked |

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|------------|-----------|------------|
| | Department | Regular | OT1 | OT2 | Total |
| CNA | 77:45 | 77:45 | 0:00 | 0:00 | 77:45 |
| Total: | 77:45 | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential                                                                                    RHC012119

Ridgecrest Health and Rehabilitation -                                    Page 38 of 48

**VERSER, TABITHA LYNN**                        Date Range: 4/19/2010 - 5/2/2010
Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|------------|-----------|------------|
| 4/23/2010 | 1:53 PM IN CNA<br>6:00 AM OUT CNA | 16:00 | 1:00 | 15:00 | Worked |
| 4/24/2010 | 1:54 PM IN CNA<br>6:00 AM OUT CNA | 16:00 | 1:00 | 15:00 | Worked |
| 4/25/2010 | 1:54 PM IN CNA<br>10:01 PM OUT CNA | 8:00 | 0:30 | 7:30 | Worked |
| 4/26/2010 | 9:52 PM IN CNA<br>6:00 AM OUT CNA | 8:15 | 0:30 | 7:45 | Worked |
| 4/27/2010 | 9:53 PM IN CNA<br>6:00 AM OUT CNA | 8:00 | 0:30 | 7:30 | Worked |
| 4/28/2010 | 9:51 PM IN CNA<br>6:01 AM OUT CNA | 8:15 | 0:30 | 7:45 | Worked |
| 4/29/2010 | 9:52 PM IN CNA<br>6:00 AM OUT CNA | 8:15 | 0:30 | 7:45 | Worked |
| 4/30/2010 | 2:00 PM IN CNA<br>6:00 AM OUT CNA | 16:00 | 1:00 | 15:00 | Worked |
| 5/1/2010 | 1:52 PM IN CNA<br>6:00 AM OUT CNA | 16:15 | 1:00 | 15:15 | Worked |
| 5/2/2010 | 1:56 PM IN CNA<br>10:01 PM OUT CNA | 8:00 | 0:30 | 7:30 | Worked |

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|------------|-----------|------------|
| Department | | Regular | OT1 | OT2 | Total |
| CNA | 106:00 | 77:30 | 28:30 | 0:00 | 106:00 |
| Total: | 106:00 | | | | |

*Yes*

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying
that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to
the submission of payroll (during the time set aside for all employees to review and sign), and I wait
until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS
WILL BE CORRECTED ON MY NEXT PAYCHECK.

*Tabitha Verser*

Confidential                                                                     RHC012120

**VERSER, TABITHA LYNN**                              Date Range: 5/3/2010 - 5/16/2010
**Department: CNA**

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| 5/7/2010 | 9:19 PM IN CNA NORMAL<br>6:00 AM OUT CNA<br>NORMAL | 8:45 | 0:30 | 8:15 | Worked |
| 5/8/2010 | 1:53 PM IN CNA NORMAL<br>6:02 AM OUT CNA<br>NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 5/9/2010 | | 7:30 | N/A | 7:30 | Vacation |
| 5/10/2010 | | 7:30 | N/A | 7:30 | Vacation |
| 5/14/2010 | | 7:30 | N/A | 7:30 | Vacation |
| 5/15/2010 | 1:53 PM IN CNA NORMAL<br>6:01 AM OUT CNA<br>NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 5/16/2010 | 1:49 PM IN CNA NORMAL<br>6:03 AM OUT CNA<br>NORMAL | 16:15 | 0:30 | 15:45 | Worked |

_22.50_ (handwritten, next to Vacation rows)

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| Department | | Regular | | OT1 | OT2 |
| CNA | 77:30 | 77:30 | 0:00 | 0:00 | Total<br>77:30 |
| Total: | 77:30 | | | | |

_55.00_ (handwritten)       _NO_ (handwritten)

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying
that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to
the submission of payroll (during the time set aside for all employees to review and sign), and I wait
until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS
WILL BE CORRECTED ON MY NEXT PAYCHECK.

_22.50 Vacation_ (handwritten)

_Phone VN_ (handwritten)

_Tabitha_
_Verser_ (signature)

Confidential                                                                              RHC012121

Ridgecrest Health and Rehabilitation -                                                    Page 40 of 48

**VERSER, TABITHA LYNN**                              Date Range: 5/17/2010 - 5/30/2010
**Department: CNA**

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|------------|-----------|------------|
| 5/21/2010 | 8:52 AM IN CNA NORMAL<br>9:30 AM OUT CNA NORMAL<br>10:00 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 8:45 | 0:30 | 8:15 | Worked |
| 5/22/2010 | 1:57 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 5/23/2010 | 1:50 PM IN CNA NORMAL<br>6:04 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 5/28/2010 | 9:54 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 8:00 | 0:30 | 7:30 | Worked |
| 5/29/2010 | 1:41 PM IN CNA NORMAL<br>6:03 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 5/30/2010 | 1:50 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |

| Date | Time | Hours Regular | Deductions OT1 | Net Hours OT2 | Hours Type Total |
|------|------|------|------|------|------|
| Department | | | | | |
| CNA | 78:30 | 78:30 | 0:00 | 0:00 | 78:30 |
| **Total:** | 78:30 | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

**VERSER, TABITHA LYNN**                          Date Range: 5/31/2010 - 6/13/2010
**Department: CNA**

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|-----------|
| 6/4/2010 | 9:47 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |
| 6/5/2010 | 1:57 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 6/6/2010 | 1:31 PM IN CNA NORMAL<br>6:04 AM OUT CNA NORMAL | 16:30 | 1:00 | 15:30 | Worked |
| 6/11/2010 | 9:54 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 8:00 | 0:30 | 7:30 | Worked |
| 6/12/2010 | 1:58 PM IN CNA NORMAL<br>6:01 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 6/13/2010 | 1:51 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|------|------|-------|-----------|-----------|-----------|
| | | **Regular** | **OT1** | **OT2** | **Total** |
| Department | | 77:30 | 0:00 | 0:00 | 77:30 |
| CNA | 77:30 | 77:30 | | | |
| **Total:** | **77:30** | | | | |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential
RHC012123

Ridgecrest Health and Rehabilitation -

| Ridgecrest Health and Rehabilitation | Time Card Report<br>Sorted by Employee Name | Date Range: 6/14/2010 - 6/27/201<br>Supervisor: DEBRA ROSE |
|---|---|---|

**VERSER, TABITHA LYNN**                    Date Range: 6/14/2010 - 6/27/2010
Department: CNA

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| 6/18/2010 | 9:28 AM IN CNA NORMAL<br>9:40 PM OUT CNA NORMAL<br>5:45 PM IN CNA NORMAL<br>6:01 AM OUT CNA NORMAL | 9:00 | 0:30 | 8:30 | Worked |
| 6/19/2010 | 1:50 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 6/20/2010 | 1:54 PM IN CNA NORMAL<br>6:41 AM OUT CNA NORMAL | 16:45 | 0:30 | 16:15 | Worked |
| 6/25/2010 | 9:47 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 8:15 | 0:30 | 7:45 | Worked |
| 6/26/2010 | 1:51 PM IN CNA NORMAL<br>6:00 AM OUT CNA NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 6/27/2010 | 1:53 PM IN CNA NORMAL<br>6:01 AM OUT CNA NORMAL | 16:00 | 0:30 | 15:30 | Worked |

| Date<br>Worked Department | Time<br>Hour Type | Hours<br>Reg Total | OT1 Total | Deductions<br>OT2 Total | Net Hours<br>OT3 Total | OT4 Total | Hours Type<br>Sub Total |
|---|---|---|---|---|---|---|---|
| CNA | Worked | 79:00 | 0:30 | 0:00 | 0:00 | 0:00 | 79:30 |
| Grand Totals | | 79:00 | 0:30 | 0:00 | 0:00 | 0:00 | 79:30 |

*CORRECTION TO BE MADE TO PAYROLL INCORRECT HRS.*

*WILL BE ON NEXT PAYROLL PERIOD. REC'T 07/02/2010*

RHC012124

Ridgecrest Health and Rehabilitation -                                          Page 42 of 51

**VERSER, TABITHA LYNN**                          Date Range: 6/28/2010 - 7/11/2010
**Department: CNA**

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| 7/2/2010 | | 7:30 | N/A | 7:30 | Vacation |
| 7/3/2010 | 9:46 PM IN NORMAL<br>6:00 AM OUT NORMAL | 8:15 | 0:30 | 7:45 | Worked |
| 7/4/2010 | 1:54 PM IN NORMAL<br>6:00 AM OUT NORMAL | 16:00 | 0:30 | 15:30 | Worked |
| 7/9/2010 | 9:56 PM IN NORMAL<br>6:00 AM OUT NORMAL | 8:00 | 0:30 | 7:30 | Worked |
| 7/10/2010 | 1:46 PM IN NORMAL<br>6:02 AM OUT NORMAL | 16:15 | 0:30 | 15:45 | Worked |
| 7/11/2010 | 1:54 PM IN NORMAL<br>6:01 AM OUT NORMAL | 16:00 | 0:30 | 15:30 | Worked |

| Date | Time | | Hours | Deductions | | Net Hours | | Hours Type |
|---|---|---|---|---|---|---|---|---|
| Hour Type | Reg Total | OT1 Total | OT2 Total | OT3 Total | | OT4 Total | | Sub Total |
| Vacation | 7:30 | 0:00 | 0:00 | 0:00 | | 0:00 | | 7:30 |
| Worked | 62:00 | 0:00 | 0:00 | 0:00 | | 0:00 | | 62:00 |
| Grand Totals | 69:30 | 0:00 | 0:00 | 0:00 | | 0:00 | | 69:30 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

Confidential                                                                RHC012125

**RILEY, TABITHA LYNN - Card: 383**

Date Range: 7/12/2010 - 7/25/2010

**Department: CNA**

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 7/16/2010 | 21:44 IN NORMAL<br>06:00 OUT NORMAL | 7:45 | Worked |
| 7/17/2010 | 13:52 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 7/18/2010 | 13:59 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 7/23/2010 | 21:41 IN NORMAL<br>06:02 OUT NORMAL | 7:45 | Worked |
| 7/24/2010 | 13:49 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 7/25/2010 | 13:59 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |

| Date<br>Hour Type | Time<br>Reg Total | OT1 Total | OT2 Total | Hours<br>OT3 Total | OT4 Total | Hours Type<br>Sub Total |
|---|---|---|---|---|---|---|
| Worked | 78:00 | 0:00 | 0:00 | 0:00 | 0:00 | 78:00 |
| Grand Totals | 78:00 | 0:00 | 0:00 | 0:00 | 0:00 | 78:00 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.

GHP

Tabitha Riley

DRoss RN

Confidential                                                                RHC012126

Ridgecrest Health and Rehabilitation -                                    Page 16 of 26

| | | | | | |
|---|---|---|---|---|---|
| Worked | 71:45 | 0:00 | 0:00 | 0:00 | 0:00 | 71:45 |
| Grand Totals | 71:45 | 0:00 | 0:00 | 0:00 | 0:00 | 71:45 |

**RILEY, TABITHA LYNN - Card: 383**                     Date Range: 7/26/2010 - 8/8/2010

Department: CNA

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 7/30/2010 | 09:00 IN NORMAL<br>09:30 OUT NORMAL<br>21:50 IN NORMAL<br>06:04 OUT NORMAL | 8:15 | Worked |
| 7/31/2010 | 13:48 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 8/1/2010 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 8/6/2010 | 21:32 IN NORMAL<br>06:00 OUT NORMAL | 8:00 | Worked |
| 8/7/2010 | 13:54 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 8/8/2010 | 13:58 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |

| Date<br>Hour Type | Time<br>Reg Total | OT1 Total | OT2 Total | Hours<br>OT3 Total | OT4 Total | Hours Type<br>Sub Total |
|---|---|---|---|---|---|---|
| Worked | 78:30 | 0:00 | 0:00 | 0:00 | 0:00 | 78:30 |
| Grand Totals | 78:30 | 0:00 | 0:00 | 0:00 | 0:00 | 78:30 |



Ridgecrest Health and Rehabilitation -                                                    Page 1 of 1

| Ridgecrest Health and Rehabilitation | **Time Card Report**<br>Sorted by Employee Name | | Date Range: | 8/9/2010 - 8/22/2010 |
|---|---|---|---|---|

**RILEY, TABITHA LYNN**                                              Date Range: 8/9/2010 - 8/22/2010
   Department: CNA                                                    SSN:  Redacted

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| 8/13/2010 | 22:00 IN CNA<br>06:00 OUT CNA | 8.00 | 0.50 | 7.50 | Worked |
| 8/14/2010 | 14:00 IN CNA<br>06:00 OUT CNA | 16.00 | 0.50 | 15.50 | Worked |
| 8/15/2010 | 14:00 IN CNA<br>08:30 OUT CNA | 16.50 | 0.50 | 16.00 | Worked |
| 8/19/2010 | 22:00 IN CNA<br>06:00 OUT CNA | 8.00 | 0.50 | 7.50 | Worked |
| 8/21/2010 | 14:00 IN CNA<br>06:00 OUT CNA | 16.00 | 0.50 | 15.50 | Worked |
| 8/22/2010 | 14:00 IN CNA<br>07:00 OUT CNA | 17.00 | 0.50 | 16.50 | Worked |

| Date | Time | Hours | Deductions | Net Hours | Hours Type |
|---|---|---|---|---|---|
| Department | | Regular | OT1 | OT2 | Total |
| CNA | 78.50 | 78.50 | 0.00 | 0.00 | 78.50 |
| Total: | 78.50 | | | | |

**RILEY, TABITHA LYNN - Card: 383**

Date Range: 8/23/2010 - 9/5/2010

**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 8/27/2010 | 09:01 IN NORMAL<br>10:45 OUT NORMAL | 1:45 | Worked |
| 8/27/2010 | | 7:30 | Vacation |
| 8/28/2010 | 13:54 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 8/29/2010 | 13:53 IN NORMAL<br>06:22 OUT NORMAL | 15:45 | Worked |
| 9/3/2010 | 21:53 IN NORMAL<br>06:05 OUT NORMAL | 7:30 | Worked |
| 9/4/2010 | 13:54 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 9/5/2010 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |

| Date | Time | | Hours | | Hours Type |
|------|------|------|-------|------|------------|
| | Regular<br>79:00 | OT1<br>0:00 | | OT2<br>0:00 | Total<br>79:00 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.



Confidential

RHC012128

Ridgecrest Health and Rehabilitation -                                    Page 32 of 50

**RILEY, TABITHA LYNN – Card: 383**                 Date Range: 9/6/2010 - 9/19/2010
  Department: CNA

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 9/10/2010 | 21:53 IN NORMAL<br>06:04 OUT NORMAL | 7:30 | Worked |
| 9/11/2010 | 13:53 IN NORMAL<br>06:02 OUT NORMAL | 15:30 | Worked |
| 9/12/2010 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 9/17/2010 | 20:55 IN NORMAL<br>06:02 OUT NORMAL | 8:30 | Worked |
| 9/18/2010 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 9/19/2010 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular<br>78:00 | OT1<br>0:00 | OT2<br>0:00 | Total<br>78:00 |



Confidential                                                              RHC012129

**RILEY, TABITHA LYNN - Card: 383**

Date Range: 9/20/2010 - 10/3/2010

Department: CNA

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 9/24/2010 | 09:00 IN NORMAL<br>10:00 OUT NORMAL<br>21:53 IN NORMAL<br>06:01 OUT NORMAL | 8:30 | Worked |
| 9/25/2010 | 13:55 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 9/26/2010 | 13:56 IN NORMAL<br>06:15 OUT NORMAL | 15:45 | Worked |
| 10/1/2010 | 21:39 IN NORMAL<br>06:00 OUT NORMAL | 7:45 | Worked |
| 10/2/2010 | 13:48 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 10/3/2010 | 13:53 IN NORMAL<br>06:02 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular | OT1 | OT2 | Total |
| | | 78:45 | 0:00 | 0:00 | 78:45 |



Confidential

RHC012130

**RILEY, TABITHA LYNN - Card: 383**

Date Range: 10/4/2010 - 10/17/2010

**Department: CNA**

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 10/8/2010 | 21:25 IN NORMAL<br>06:03 OUT NORMAL | 8:00 | Worked |
| 10/9/2010 | 13:55 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 10/10/2010 | 13:52 IN NORMAL<br>06:02 OUT NORMAL | 15:45 | Worked |
| 10/15/2010 | 21:16 IN NORMAL<br>06:00 OUT NORMAL | 8:15 | Worked |
| 10/16/2010 | 13:50 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 10/17/2010 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|---|---|---|---|---|---|
| | | Regular<br>78:45 | OT1<br>0:00 | OT2<br>0:00 | Total<br>78:45 |

*Tabitha / Jamie*
*Riley / Johnson*
*Called*
*to check*
*hours.*

*Faxed*

Confidential                                                                    RHC012131

**RILEY, TABITHA LYNN - Card: 383**                    Date Range: 10/18/2010 - 10/31/2010

Department: CNA

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 10/22/2010 | 21:53 IN NORMAL<br>06:00 OUT NORMAL | 7:30 | Worked |
| 10/23/2010 | 13:47 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 10/24/2010 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 10/29/2010 | 21:55 IN NORMAL<br>06:00 OUT NORMAL | 7:30 | Worked |
| 10/30/2010 | 13:54 IN NORMAL<br>06:02 OUT NORMAL | 15:30 | Worked |
| 10/31/2010 | 13:57 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|---|---|---|---|---|---|
| | | Regular | OT1 | OT2 | Total |
| | | 77:15 | 0:00 | 0:00 | 77:15 |

G.H.P.

Confidential                                                                                      RHC012132

**RILEY, TABITHA LYNN**                         Date Range: 11/1/2010 - 11/14/2010
Department: CNA

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 11/6/2010 | 21:48 IN NORMAL<br>06:01 OUT NORMAL | 7:45 | Worked |
| 11/7/2010 | 13:54 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 11/12/2010 | 21:54 IN NORMAL<br>06:00 OUT NORMAL | 7:30 | Worked |
| 11/13/2010 | 13:53 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 11/14/2010 | 13:41 IN NORMAL<br>06:04 OUT NORMAL | 15:45 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular<br>62:00 | OT1<br>0:00 | OT2<br>0:00 | Total<br>62:00 |

No CHP

No signing Staffing Log - Per Lisa.

Called - Tabitha Riley

Jamie Johnson

Confidential

RHC012133

Ridgecrest Health and Rehabilitation -

**RILEY, TABITHA LYNN**
**Department: CNA**

Date Range: 11/15/2010 - 11/28/2010

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 11/19/2010 | 08:46 IN NORMAL<br>10:00 OUT NORMAL | 1:15 | Worked |
| 11/20/2010 | 17:54 IN NORMAL<br>06:00 OUT NORMAL | 11:30 | Worked |
| 11/21/2010 | 13:54 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 11/26/2010 | 21:44 IN NORMAL<br>06:00 OUT NORMAL | 7:45 | Worked |
| 11/27/2010 | 13:53 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 11/28/2010 | 13:53 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular<br>67:00 | OT1<br>0:00 | OT2<br>0:00 | Total<br>67:00 |

Confidential

RHC012134

**RILEY, TABITHA LYNN**                    Date Range: 11/29/2010 - 12/12/2010
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|-----------|
| 12/3/2010 | 21:32 IN NORMAL<br>06:01 OUT NORMAL | 8:00 | Worked |
| 12/4/2010 | 13:54 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 12/5/2010 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 12/10/2010 | 22:00 IN NORMAL<br>06:00 OUT NORMAL | 7:30 | Worked |
| 12/11/2010 | 14:00 IN NORMAL<br>06:04 OUT NORMAL | 15:30 | Worked |
| 12/12/2010 | 14:00 IN NORMAL<br>03:30 OUT NORMAL | 13:00 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|------|------|-----------|
| | | Regular | OT1 | OT2 | Total |
| | | 75:00 | 0:00 | 0:00 | 75:00 |

No GHP.

walked out

Called to check hours.
Jamie Johnson

Tabitha Riley /

Confidential                                                          RHC012135

**RILEY, TABITHA LYNN**
**Department: CNA**                                       Date Range: 12/13/2010 - 12/26/2010

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 12/17/2010 | 21:49 IN NORMAL<br>06:00 OUT NORMAL | 7:45 | Worked |
| 12/18/2010 | 13:50 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 12/19/2010 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 12/25/2010 | 13:26 IN NORMAL<br>06:00 OUT NORMAL | 16:00 | Worked |
| 12/26/2010 | 13:58 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|-----|-----|------------|
| | | Regular<br>70:30 | OT1<br>0:00 | OT2<br>0:00 | Total<br>70:30 |

*Holiday*

*Tabitha Riley*

Confidential                                                                                                 RHC012136

**RILEY, TABITHA LYNN**                           Date Range: 12/27/2010 - 1/9/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 12/31/2010 | 21:25 IN NORMAL<br>06:01 OUT NORMAL | 8:00 | Worked |
| 1/1/2011 | 13:47 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 1/2/2011 | 13:55 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 1/7/2011 | 21:46 IN NORMAL<br>06:02 OUT NORMAL | 7:45 | Worked |
| 1/8/2011 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 1/9/2011 | 13:40 IN NORMAL<br>06:30 OUT NORMAL | 16:15 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular<br>78:45 | OT1<br>0:00 | OT2<br>0:00 | Total<br>78:45 |

*Holiday - 15.75*
*GHP*
*GHP - Last pay period*

*Tabitha Riley*

Confidential                                                                RHC012137

**RILEY, TABITHA LYNN**                        Date Range: 1/10/2011 - 1/23/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 1/11/2011 | 13:54 IN NORMAL<br>14:51 OUT NORMAL | 0:45 | Worked |
| 1/14/2011 | 21:42 IN NORMAL<br>06:01 OUT NORMAL | 7:45 | Worked |
| 1/15/2011 | 13:51 IN NORMAL<br>06:02 OUT NORMAL | 15:45 | Worked |
| 1/16/2011 | 13:58 IN NORMAL<br>06:07 OUT NORMAL | 15:30 | Worked |
| 1/21/2011 | 21:24 IN NORMAL<br>06:01 OUT NORMAL | 8:00 | Worked |
| 1/22/2011 | 13:53 IN NORMAL<br>06:02 OUT NORMAL | 15:30 | Worked |
| 1/23/2011 | 13:53 IN NORMAL<br>15:25 OUT NORMAL | 1:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|------|------|------------|
| | | Regular<br>64:45 | OT1<br>0:00 | OT2<br>0:00 | Total<br>64:45 |

NO GHP

Left early

*Tabitha*

*Riley*

Confidential

RHC012138

Ridgecrest Health and Rehabilitation -                                   Page 24 of 44

**RILEY, TABITHA LYNN**                          Date Range: 1/24/2011 - 2/6/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 1/28/2011 | 21:49 IN NORMAL<br>06:00 OUT NORMAL | 7:45 | Worked |
| 1/29/2011 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 1/30/2011 | 13:47 IN NORMAL<br>06:27 OUT NORMAL | 16:15 | Worked |
| 2/4/2011 | 21:51 IN NORMAL<br>06:02 OUT NORMAL | 7:45 | Worked |
| 2/5/2011 | 13:55 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 2/6/2011 | 13:56 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |

| Date | Time | | Hours | | Hours Type |
|------|------|--|-------|--|------------|
| | | Regular | OT1 | OT2 | Total |
| | | 78:15 | 0:00 | 0:00 | 78:15 |

*Tabitha Riley*

**RILEY, TABITHA LYNN**                    Date Range: 2/7/2011 - 2/20/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 2/12/2011 | 13:53 IN NORMAL<br>06:04 OUT NORMAL | 15:30 | Worked |
| 2/13/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 2/17/2011 | 21:54 IN NORMAL<br>06:01 OUT NORMAL | 7:30 | Worked |
| 2/18/2011 | 21:55 IN NORMAL<br>06:01 OUT NORMAL | 7:30 | Worked |
| 2/19/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 2/20/2011 | 13:53 IN NORMAL<br>06:12 OUT NORMAL | 15:45 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|------|------|------------|
| | | Regular | OT1 | OT2 | Total |
| | | 71:00 | 6:15 | 0:00 | 77:15 |

GHP

*Tabitha Riley* (signature)

Confidential                                                              RHC012140

**RILEY, TABITHA LYNN**                      Date Range: 2/21/2011 - 3/6/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 2/25/2011 | 21:27 IN NORMAL<br>06:00 OUT NORMAL | 8:00 | Worked |
| 2/26/2011 | 13:53 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 2/27/2011 | 14:00 IN NORMAL<br>06:02 OUT NORMAL | 15:30 | Worked |
| 3/5/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 3/6/2011 | 13:52 IN NORMAL<br>06:04 OUT NORMAL | 15:45 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular<br>70:15 | OT1<br>0:00 | OT2<br>0:00 | Total<br>70:15 |

GHP

Tabitha
Riley

Confidential                                                             RHC012141

**RILEY, TABITHA LYNN**                    Date Range: 3/7/2011 - 3/20/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 3/11/2011 | 08:47 IN NORMAL<br>09:45 OUT NORMAL<br>13:53 IN NORMAL<br>06:03 OUT NORMAL | 8:30 | Worked |
| 3/12/2011 | 13:57 IN NORMAL<br>06:08 OUT NORMAL | 15:45 | Worked |
| 3/13/2011 | 13:54 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 3/18/2011 | 21:37 IN NORMAL<br>06:09 OUT NORMAL | 8:15 | Worked |
| 3/19/2011 | 13:45 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 3/20/2011 | 13:34 IN NORMAL<br>06:00 OUT NORMAL | 16:00 | Worked |

| Date | Time | Hours | | Hours Type |
|------|------|-------|---|------------|
| | Regular | OT1 | OT2 | Total |
| | 79:45 | 0:00 | 0:00 | 79:45 |

Confidential

RHC012142

**RILEY, TABITHA LYNN**                                    Date Range: 3/21/2011 - 4/3/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 3/25/2011 | 21:53 IN NORMAL<br>06:01 OUT NORMAL | 7:30 | Worked |
| 3/26/2011 | 13:52 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 3/27/2011 | 13:56 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 4/1/2011 | 21:48 IN NORMAL<br>22:07 OUT NORMAL | 0:15 | Worked |
| 4/2/2011 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 4/3/2011 | 13:54 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular<br>70:00 | OT1<br>0:00 | OT2<br>0:00 | Total<br>70:00 |

Tabitha Riley | Jamie Johnson
Called.

Confidential

RHC012143

**RILEY, TABITHA LYNN**                          Date Range: 4/4/2011 - 4/17/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 4/8/2011 | 21:41 IN NORMAL<br>06:00 OUT NORMAL | 7:45 | Worked |
| 4/9/2011 | 13:49 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 4/10/2011 | 13:53 IN NORMAL<br>06:09 OUT NORMAL | 15:45 | Worked |
| 4/15/2011 | 21:41 IN NORMAL<br>06:01 OUT NORMAL | 7:45 | Worked |
| 4/16/2011 | 13:54 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 4/17/2011 | 13:53 IN NORMAL<br>06:14 OUT NORMAL | 15:45 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|--|--|------------|
| | | Regular<br>78:15 | OT1<br>0:00 | OT2<br>0:00 | Total<br>78:15 |

GHP.

*Tabitha Riley*

Confidential

RHC012144

**RILEY, TABITHA LYNN**                          Date Range: 4/18/2011 - 5/1/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|-----------|
| 4/22/2011 | 21:54 IN NORMAL<br>06:03 OUT NORMAL | 7:30 | Worked |
| 4/23/2011 | 13:48 IN NORMAL<br>06:06 OUT NORMAL | 15:45 | Worked |
| 4/24/2011 | 13:47 IN NORMAL<br>06:08 OUT NORMAL | 16:00 | Worked |
| 4/26/2011 | 05:53 IN NORMAL<br>14:18 OUT NORMAL | 7:45 | Worked |
| 4/27/2011 | 05:54 IN NORMAL<br>14:00 OUT NORMAL | 7:30 | Worked |
| 4/28/2011 | 05:51 IN NORMAL<br>14:11 OUT NORMAL | 8:00 | Worked |
| 4/29/2011 | 20:47 IN NORMAL<br>05:59 OUT NORMAL | 8:45 | Worked |
| 4/30/2011 | 13:49 IN NORMAL<br>06:00 OUT NORMAL | 15:45 | Worked |
| 5/1/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|-----------|
| | | Regular<br>79:15 | OT1<br>23:15 | OT2<br>0:00 | Total<br>102:30 |

*Lorraine's Floor*
*2 CNAs fired*
*1 CNA out*
*for surgery*
*D. for FN*

*Tabitha Riley*

Confidential                                                                                    RHC012145

**RILEY, TABITHA LYNN**                         Date Range: 5/2/2011 - 5/15/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 5/6/2011 | 21:53 IN NORMAL<br>06:01 OUT NORMAL | 7:30 | Worked |
| 5/7/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 5/8/2011 | 13:53 IN NORMAL<br>06:02 OUT NORMAL | 15:30 | Worked |
| 5/13/2011 | 21:43 IN NORMAL<br>06:01 OUT NORMAL | 7:45 | Worked |
| 5/14/2011 | 13:33 IN NORMAL<br>06:02 OUT NORMAL | 16:00 | Worked |
| 5/15/2011 | 13:54 IN NORMAL<br>06:05 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|---|---|---|---|---|---|
| | | Regular<br>77:45 | OT1<br>0:00 | OT2<br>0:00 | Total<br>77:45 |

I certify that the above time card is correct. I understand that by signing this time sheet I am certifying that the above time recorded is correct. I also understand that if I do not sign this time sheet prior to the submission of payroll (during the time set aside for all employees to review and sign), and I wait until the day my paycheck is received to review and sign, that ANY AND ALL DISCOVERED ERRORS WILL BE CORRECTED ON MY NEXT PAYCHECK.



**RILEY, TABITHA LYNN**                              Date Range: 5/16/2011 - 5/29/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|-----------|
| 5/20/2011 | 21:43 IN NORMAL<br>06:01 OUT NORMAL | 7:45 | Worked |
| 5/21/2011 | 13:53 IN NORMAL<br>06:03 OUT NORMAL | 15:30 | Worked |
| 5/22/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 5/27/2011 | 21:48 IN NORMAL<br>06:01 OUT NORMAL | 7:45 | Worked |
| 5/28/2011 | 13:43 IN NORMAL<br>06:05 OUT NORMAL | 15:45 | Worked |
| 5/29/2011 | 13:53 IN NORMAL<br>06:09 OUT NORMAL | 15:45 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|-----------|
| | | Regular<br>78:00 | OT1<br>0:00 | OT2<br>0:00 | Total<br>78:00 |

GHP.



Confidential                                                                        RHC012147

RILEY, TABITHA LYNN                          Date Range: 5/30/2011 - 6/12/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|---|---|---|---|
| 6/3/2011 | 21:36 IN NORMAL<br>06:01 OUT NORMAL | 8:00 | Worked |
| 6/4/2011 | 13:53 IN NORMAL<br>06:06 OUT NORMAL | 15:30 | Worked |
| 6/5/2011 | 13:53 IN NORMAL<br>06:05 OUT NORMAL | 15:30 | Worked |
| 6/10/2011 | 21:35 IN NORMAL<br>06:00 OUT NORMAL | 8:00 | Worked |
| 6/11/2011 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 6/12/2011 | 13:51 IN NORMAL<br>17:08 OUT NORMAL | 15:45 | Worked |

| Date | Time | Hours | | | Hours Type |
|---|---|---|---|---|---|
| | | Regular<br>78:15 | OT1<br>0:00 | OT2<br>0:00 | Total<br>78:15 |

GHP

Confidential                                                                    RHC012148

**RILEY, TABITHA LYNN**                     Date Range: 6/13/2011 - 6/26/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 6/17/2011 | 16:25 IN NORMAL<br>06:00 OUT NORMAL | 13:00 | Worked |
| 6/18/2011 | 13:33 IN NORMAL<br>06:00 OUT NORMAL | 16:00 | Worked |
| 6/19/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 6/24/2011 | 21:54 IN NORMAL<br>06:01 OUT NORMAL | 7:30 | Worked |
| 6/25/2011 | 13:53 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 6/26/2011 | 13:41 IN NORMAL<br>06:09 OUT NORMAL | 16:00 | Worked |

| Date | Time | | Hours | | Hours Type |
|------|------|------|------|------|------|
| | | Regular | OT1 | OT2 | Total |
| | | 79:00 | 4:30 | 0:00 | 83:30 |

GHP.

Reg. 79
O.T. 4.50.

Taistha
Riley

Confidential
RHC012149

**RILEY, TABITHA LYNN**                        Date Range: 6/27/2011 - 7/10/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 7/1/2011 | 21:53 IN NORMAL<br>06:00 OUT NORMAL | 7:30 | Worked |
| 7/2/2011 | | 15:00 | Vacation |
| 7/3/2011 | | 15:00 | Vacation |
| 7/8/2011 | | 7:30 | Vacation |
| 7/9/2011 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 7/10/2011 | 13:53 IN NORMAL<br>06:02 OUT NORMAL | 15:30 | Worked |

| Date | Time | Hours | | | Hours Type |
|------|------|-------|---|---|------------|
| | | Regular<br>76:00 | OT1<br>0:00 | OT2<br>0:00 | Total<br>76:00 |

GHP - 38.50

Reg. 38.50

~~Holiday~~ -

Vac - 37.50

*[signature: Tabitha Riley]*

Confidential
RHC012150

**RILEY, TABITHA LYNN**                      Date Range: 7/11/2011 - 7/24/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 7/15/2011 | 21:52 IN NORMAL<br>06:04 OUT NORMAL | 7:45 | Worked |
| 7/16/2011 | 13:54 IN NORMAL<br>06:01 OUT NORMAL | 15:30 | Worked |
| 7/17/2011 | 13:53 IN NORMAL<br>06:14 OUT NORMAL | 15:45 | Worked |
| 7/22/2011 | 14:00 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 7/23/2011 | 13:54 IN NORMAL<br>06:08 OUT NORMAL | 15:45 | Worked |
| 7/24/2011 | 13:53 IN NORMAL<br>22:01 OUT NORMAL | 7:30 | Worked |

| Date | Time | | Hours | | Hours Type |
|------|------|--|-------|--|------------|
| | Regular | OT1 | | OT2 | Total |
| | 77:45 | 0:00 | | 0:00 | 77:45 |

CHP

*Tabatha Riley per Jamie Johnson*

*Called.*

Confidential                                                                                      RHC012151

**RILEY, TABITHA LYNN**                          Date Range: 7/25/2011 - 8/7/2011
**Department: CNA**

| Date | Time | Hours | Hours Type |
|------|------|-------|-----------|
| 7/29/2011 | 21:53 IN NORMAL<br>06:00 OUT NORMAL | 7:30 | Worked |
| 7/30/2011 | 14:00 IN NORMAL<br>22:00 OUT NORMAL | 15:30 | Worked |
| 7/31/2011 | 13:53 IN NORMAL<br>06:03 OUT NORMAL | 15:30 | Worked |
| 8/5/2011 | 21:56 IN NORMAL<br>06:06 OUT NORMAL | 7:30 | Worked |
| 8/6/2011 | 13:53 IN NORMAL<br>06:00 OUT NORMAL | 15:30 | Worked |
| 8/7/2011 | 13:53 IN NORMAL<br>06:16 OUT NORMAL | 15:45 | Worked |

| Date | Time | Hours | | Hours Type |
|------|------|-------|---|-----------|
| | Regular<br>77:15 | OT1<br>0:00 | OT2<br>0:00 | Total<br>77:15 |



Confidential
RHC012152

Ridgecrest Health and Rehabilitation -

**RILEY, TABITHA LYNN**
**Department:** CNA

Date Range: 8/8/2011 - 8/21/2011

| Date | Time | Hours | Hours Type |
|------|------|-------|------------|
| 8/12/2011 | 21:50 IN NORMAL 06:09 OUT NORMAL | 8:00 | Worked |
| 8/13/2011 | 14:00 IN NORMAL 06:03 OUT NORMAL | 15:30 | Worked |
| 8/14/2011 | 13:53 IN NORMAL 06:05 OUT NORMAL | 15:30 | Worked |
| 8/19/2011 | 21:46 IN NORMAL 06:01 OUT NORMAL | 7:45 | Worked |
| 8/20/2011 | 13:55 IN NORMAL 06:04 OUT NORMAL | 15:30 | Worked |
| 8/21/2011 | 13:54 IN NORMAL 06:06 OUT NORMAL | 15:30 | Worked |

| Date | Time | | Hours | | Hours Type |
|------|------|------|-------|------|------------|
| | Regular 77:45 | OT1 0:00 | | OT2 0:00 | Total 77:45 |

GHP.

*[signature: Tabitha Riley]*

Confidential
RHC012153

# DAILY STAFFING LOG

### RIDGECREST HEALTH AND REHABILITATION

DATE: 5/8/09   CENSUS: _____

3RD SHIFT 10 PM – 6 AM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| | RN | | | | |
| TOTAL: | | | | | |
| Redacted | LPN | North | 10p | 558a | ? |
| | LPN | East | 10p | 609a | 8.00 |
| | LPN | | | | |
| | LPN | | | | |
| TOTAL: | | | | | |
| Redacted | C.N.A. | | 1000 | 600 | 8.00 |
| | C.N.A. | 300 | 945 | 600 | 7.75 |
| | C.N.A. | South | 9:47 | 6:00 | 7.75 |
| Ortha Risen | C.N.A. | North | 1000 | 600 | 8.00 |
| | C.N.A. | | 9:51 | 6:00 | 7.50 |
| Redacted | C.N.A. | | 10p | 6a | 8.00 |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |

TOTAL HRS: 55.0

COMMENTS:

ADMINISTRATOR / DON / DESIGNEE   5-14-09   DATE

Confidential

EXHIBIT
3

RHC002940

# DAILY STAFFING LOG

### RIDGECREST HEALTH AND REHABILITATION

DATE: 5-5-09          CENSUS: ____

#### 3RD SHIFT 10 PM – 6 AM

| NAME (PRINT OR CURSIVE | TITLE | HALL LOCATION 100–200–300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| TOTAL: | RN | | | | |
| **Redacted** | LPN | East | 10p | 635a | 9.00 |
| | LPN | North | 10p | 710a | 9.50 |
| | LPN | | | | |
| | LPN | | | | |
| TOTAL: | | | | | |
| **Redacted** | C.N.A. | East | 9:50 | 6.02 | 7.75 |
| | C.N.A. | 100/200 | 950 | 600 | 7.75 |
| | C.N.A. | 100/200 | 9:42 | 6°° | 7.75 |
| | C.N.A. | 200/300 | 9:57 | 600 | 7.50 |
| | C.N.A. | | 9:56 | 6:00 | 7.50 |
| T Vinson | C.N.A. | | 10 | 4:15 | 6:15 |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | R.N.A. | | | | |

TOTAL HRS: 56.25

COMMENTS:

_[signature]_          5-6-09

ADMINISTRATOR / DON DESIGNEE          DATE

Confidential

# DAILY STAFFING LOG

### RIDGECREST HEALTH AND REHABILITATION

DATE: 5-8-09   CENSUS: _____

2ND SHIFT  2 PM – 10 PM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| | RN | | | | |
| TOTAL: | LPN | | | | |
| | LPN | | | | |
| **Redacted** | LPN | North | 545p | 650 | 4.25 |
| | LPN | North | 2p | 556 | 4.25 |
| | LPN | East | 2p | 6p | 4.00 |
| | LPN | East | 530p | 10p | 4.00 |
| TOTAL: | C.N.A. | East | 145 | 10p | 7.75 |
| | C.N.A. | East | 145 | 10:00 | 7.75 |
| **Redacted** | C.N.A. | | | | |
| | C.N.A. | North | 153p | 10p1p | 7.50 |
| | C.N.A. | South | 159 | 10:00pm | 7.50 |
| Rebetha Vose? | C.N.A. | North | 153 | 10:00pm | 7.50 |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |

TOTAL HRS  54.5

COMMENTS:

ADMINISTRATOR/DON/DESIGNEE          DATE  5-14-09

Confidential

RHC002942

# DAILY STAFFING LOG

RIDGECREST HEALTH AND REHABILITATION

DATE: 5-4-0?   CENSUS: _____

### 3RD SHIFT 10 PM – 6 AM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | RN |  |  |  |  |
|  | RN |  |  |  |  |
|  |  |  |  |  |  |
| **Redacted** | LPN | East | 10p | 4:45 | 8.75 |
|  | LPN | North | 10p | 7 | 9.00 |
|  | LPN |  |  |  |  |
|  | LPN |  |  |  |  |
| TOTAL: |  |  |  |  |  |
|  | C.N.A. | 300 | 945 | 600 | 7.75 |
| **Redacted** | C.N.A. | 100 | 9:45 | 6:00 | 7.75 |
|  | C.N.A. | 100 | 9:50 | 6:00 | 7.75 |
|  | C.N.A. |  | 9:57 | 6:00 | 7.75 |
| abetha Heiser | C.N.A. | North | 10:00 | 6:00 | 8:00 |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | R.N.A. |  |  |  |  |

TOTAL HRS: 56.75

COMMENTS: _____

Confidential

# DAILY STAFFING LOG

## RIDGECREST HEALTH AND REHABILITATION

DATE: 5/9    CENSUS: ____

2ND SHIFT  2 PM – 10 PM    Sat

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| | RN | | | | |
| **Redacted** | LPN | East | 2p | 6¹⁵ | 4.00 |
| | LPN | North | 2pm | 739am | 4.00 |
| | LPN | North | 545p | 10p | ? |
| | LPN | East | 724p | 10p | 2.75 |
| | LPN | | | | |
| **Redacted** | C.N.A. | East | 145 | 12.30 | 7.75 |
| | C.N.A. | South | 154 | 10:30A | 7.50 |
| | C.N.A. | | 1:90 | 1000 | 7.50 |
| | C.N.A. | South | 2.00 | 10:00 | 7.50 |
| | C.N.A. | North | 2.00 | 10:00 | 7.75 |
| | C.N.A. | East | 200 | 1000 | 7.75 |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |

TOTAL HRS: 56.5

COMMENTS:

ADMINISTRATOR / DON / DESIGNEE    DATE 5-14-08x

Confidential

RHC002944

# DAILY STAFFING LOG

RIDGECREST HEALTH AND REHABILITATION

DATE: May 10, 09   CENSUS: ___

2ND SHIFT  2 PM – 10 PM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100-200-300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| | RN | | | | |
| **TOTAL:** | | | | | |
| **Redacted** | LPN | East | 2p | 601 | 4.25 |
| | LPN | North | 2:00 | 10:00 m | 3.25 |
| | LPN | North | 5:45p | 10p | 3.75 |
| | LPN | East | 5:45p | 10p | 4.00 |
| | LPN | | | | |
| **TOTAL:** | | | | | |
| Tabatha Verser | CNA | | 1:51 | 10:01 | 7.75 |
| | CNA | South | 1:46 | 10:00 | 7.75 |
| | CNA | | | | |
| **Redacted** | CNA | North | 150 | 1000 | 7.75 |
| | CNA | | 153 | 1000 | 2 |
| | CNA | | 2:09 | 10 p | 7.50 |
| | CNA | | 1:46 | 10 p. | 7.75 |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |

TOTAL HRS: 53.75

ADMINISTRATOR / DON / DESIGNEE   DATE: 5-14-09

# DAILY STAFFING LOG

### RIDGECREST HEALTH AND REHABILITATION

DATE: 5/15/09   CENSUS:

2ND SHIFT  2 PM – 10 PM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | RN |  |  |  |  |
|  | RN |  |  |  |  |
| TOTAL: |  |  |  |  |  |
| **Redacted** | LPN | North | 20 | 1030p | 4.5 |
|  | LPN | East | 6: | 610 | 4.25 |
|  | LPN | East | 5:54p | 10p | 4.25 |
|  | LPN | North | 5:32p | 10p | 4.50 |
|  | LPN. | North | 6:00 | 10p | 4:50 |
| TOTAL: | 3 |  |  |  |  |
| **Redacted** | C.N.A. | East | 1:45 | 10:00 | 7.7 |
| Tabitha Nelson | C.N.A. | East | 1:55 | 10:00 | 7.75 |
| **Redacted** | C.N.A. | North | 145p | 10:00 | 7.75 |
|  | C.N.A. | South | 1:46p | 10pm | 775 |
|  | C.N.A. | | 150 | 10:00 | 7.75 |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
| TOTAL: | 5 |  |  |  |  |
|  | R.N.A. |  |  |  |  |

COMMENTS:

TOTAL HRS: 60:75

RHC002947



# DAILY STAFFING LOG

### RIDGECREST HEALTH AND REHABILITATION

DATE: 05/15/09   CENSUS: _____

#### 3RD SHIFT 10 PM – 6 AM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | RN |  |  |  |  |
|  | RN |  |  |  |  |
| TOTAL: |  |  |  |  |  |
| **Redacted** | LPN | East | 10 P | 6:00 | 8 |
|  | LPN | North | 10 p | 6:23 Am | 8.50 |
|  | LPN | North | 10 p | 6A | 7.50 |
|  | (RN) |  |  |  |  |
| TOTAL: |  |  |  |  |  |
| **Redacted** | C.N.A. | 100 | 9:40 | 6:00 | 7.75 |
|  | C.N.A. | North | 9:49 | 6:00 | 7.75 |
|  | C.N.A. | EAST | 9.89 | 6:00 | 7.50 |
|  | C.N.A. | EAST | 9:45 | 6:00 | 7.75 |
| Tersa | C.N.A. | South | 10:00 | 6:00 | 8.00 |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  |  |  |  |  |  |
|  | R.N.A. |  |  |  |  |
|  |  |  | TOTAL HRS: | | 62.75 |

COMMENTS:



ADMINISTRATOR/ADM DESIGNEE      05-16-09      DATE

Confidential

RHC002948

# DAILY STAFFING LOG

## RIDGECREST HEALTH AND REHABILITATION

DATE: 05-16-09   CENSUS: _____

2ND SHIFT: 2 PM – 10 PM

| NAME (PRINT OR CURSIVE) | TITLE | HALL/LOCATION 100% 200% 300% | IN | OUT | HRS |
|---|---|---|---|---|---|
| | | | | | |
| | RN | | | | |
| | RN | | | | |
| TOTAL: | | | | | |
| Redacted | LPN | North | 2p | Cell p | 4.25 |
| | LPN | | 2p | 6/9 | 4.25 |
| | LPN | North | 5:30p | 10p | 4.50 |
| | LPN | North | 1002 | 10p | 4.00 |
| | LPN | East | 550 | 10p | 4.50 |
| TOTAL: | | | | | |
| Redacted | C.N.A. | East | 148 | 10:00 | 7.75 |
| | C.N.A. | North | 149 | 1000 | 7.75 |
| | C.N.A. | | 140 | 1000 | 8.00 |
| Bertha Carter | C.N.A. | East | 2:05 | 1000 | 8.00 |
| Redacted | C.N.A. | | 2:09 | 10:10 | 7.50 |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| TOTAL: | | | | | |
| | R.N.A. | | | | |
| | | | | TOTAL HRS. | 60.50 |

COMMENTS: Redacted  stayed until 2:19 PM.

_signature_  ADMINISTRATOR / DON/ DESIGNEE    05/16/05  DATE

Confidential

RHC002949

# DAILY STAFFING LOG

## RIDGECREST HEALTH AND REHABILITATION

DATE: 05.16.09   CENSUS: _

3RD SHIFT 10 PM – 6 AM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| | RN | | | | |
| L: | LPN | | | | |
| **Redacted** | LPN | Nath | 10₀ | 8³² | 7.75 |
| | LPN | Nor | 12₀ | 603₀ | 8.00 |
| | LPN | East | 10₀ | 645ₐ | 8.00 |
| L: | CNA | | | | |
| **Redacted** | C.N.A. | 200 | 940 | 600 | 8.00 |
| | C.N.A. | 300 | 945 | 6:00 | 7.75 |
| P. Wilson | C.N.A. | | 1000 | 600 | 7.75 |
| **Redacted** | C.N.A. | North | 10⁴₀ | 6°°₀ | 7.75 |
| | C.N.A. | | 9:58 | 6:00 | 7.50 |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| TOTAL: 6 | | | | | |
| | R.N.A. | | | | |

TOTAL HRS: 62.50

COMMENTS: _____

ADMINISTRATOR/DON/DESIGNEE   05/16/08

Confidential

RHC002950

# DAILY STAFFING LOG

### RIDGECREST HEALTH AND REHABILITATION

DATE _S-17-09_   CENSUS: ____

2ND SHIFT  2 PM – 10 PM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | | | | | |
| | RN | | | | |
| | RN | | | | |
| TOTAL: | | | | | |
| | LPN | NPA | 2p | 601 | 4.00 |
| Redacted | LPN | East | 2p | 8p | 6.00 |
| | LPN | East | 5:45p | 10p | 4.25 |
| | LPN | North | 5:45p | 10p | 4.25 |
| | LPN | | 558 | 10pm | 4.00 |
| TOTAL: | ③ | C.N.A. | | | |
| | C.N.A. | ~ | 2p | | 7.75 |
| Redacted | C.N.A. | East | 147 | 1010p | 7.75 |
| | C.N.A. | South | 2:30p | 10pp | 7.50 |
| | C.N.A. | South | 200p | 10pp | 7.50 |
| Angela Verson | C.N.A. | East | 1:50 | 1000 | 7.50 |
| Redacted | C.N.A. | | 1:46 | 10pm | 7.75 |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| TOTAL: | ⑥ | | | | |
| | R.N.A. | | | | |
| | | | | TOTAL HRS: | 68.25 |

COMMENTS:

ADMINISTRATOR / DON / DESIGNEE         DATE  05/18/09

Confidential

RHC002951

# ILY STAFFING LOG

RIDGECREST HEALTH AND REHABILITATION

DATE: 5-22-09   CENSUS: _____

2ND SHIFT  2 PM – 10 PM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| **TOTAL:** | | | | | |
| | LPN | North | 2P | 4P | |
| **Redacted** | LPN | East | 7p | 624 | |
| | LPN | East | 57a | 100 | |
| | LPN | South | 3:4 | 10P | |
| | LPN | North | 3:0p | 100 | |
| 17  0  TOTAL: | | | | | |
| | C.N.A. | | | | |
| Jeattha Verses | C.N.A. | East | 141 | 10:0P | |
| | C.N.A. | North South | 200P | 1000P | |
| **Redacted** | C.N.A. | | 200 | 600 | |
| | C.N.A. | South | 2:00 | 6:00am | |
| | C.N.A. | East | 0:00 | 10:00 | |
| | C.N.A. | | 1:46 | 10:00 | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | C.N.A. | | | | |
| | R.N.A. | | | | |
| | | | | TOTAL HRS: | |

COMMENTS: _____

_____

ADMINISTRATOR / DON / DESIGNEE                      DATE

Confidential

# Y STAFFING LOG

## ECREST HEALTH AND REHABILITATION

DATE: 5/22/07   CENSUS: _____

3RD SHIFT 10 PM – 6 AM

| PRINT OR CURSIVE | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
| | RN | | | | |
| | RN | | | | |
| | LPN | East | 10p | 600A | |
| **Redacted** | LPN | East | 10p | 6oo | |
| | LPN | North | 10p | 6:14 | |
| | LPN | East | 10p | 6:3A | |
| **Redacted** | CNA | South | | | |
| | CNA | North | @940 | (a) | |
| Redacted Vouser | CNA | East | 1000 | 600 | |
| **Redacted** | CNA | East | 9:57 | 600 | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | CNA | | | | |
| | | | | TOTAL HRS: | |

COMMENTS:_____

_____

ADMINISTRATOR / DON / DESIGNEE _____   DATE _____

Confidential

# DAILY STAFFING LOG

### RIDGECREST HEALTH AND REHABILITATION

DATE: 5-23   CENSUS: _____

2ND SHIFT  2 PM – 10 PM   Sat

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
|  | ADMISSION | | | | |
|  | RN | | | | |
|  | RN | | | | |
| TOTAL: | | | | | |
| **Redacted** | LPN | East | 2p | 6⁰¹ | |
|  | LPN | North | 2p | 638p | |
|  | LPN | East | 543p | 10p | |
|  | LPN | North | 5p | 10p | |
|  | LPN | | | | |
| TOTAL: ⑤ | C.N.A. | | | | |
| Dietha Wager | C.N.A. | North | 1:41 | 1000 | 8 |
| **Redacted** | C.N.A. | South | 15l6p | 10p | 7.50 |
|  | C.N.A. | South | 157p | 10:06p | 7.50 |
|  | C.N.A. | | 2:00 | 10pm | 8 |
|  | C.N.A. | | 142 | 10 Pm | 7.75 |
|  | C.N.A. | | | | |
|  | C.N.A. | | | | |
|  | C.N.A. | | | | |
|  | C.N.A. | | | | |
|  | C.N.A. | | | | |
|  | C.N.A. | | | | |
|  | C.N.A. | | | | |
|  | C.N.A. | | | | |
| TOTAL: ⑤ | | | | | |
|  | R.N.A. | | | | |
|  | | | | TOTAL HRS: | |

COMMENTS: _____

ADMINISTRATOR / DON / DESIGNEE                    DATE

Confidential

RHC002955

# DAILY STAFFING LOG

RIDGECREST HEALTH AND REHABILITATION

DATE: 5/23/07   CENSUS: ____

3RD SHIFT 10 PM – 6 AM

| NAME (PRINT OR CURSIVE) | TITLE | HALL LOCATION 100 – 200 – 300 | IN | OUT | HRS |
|---|---|---|---|---|---|
|  | RN |  |  |  |  |
|  | RN |  |  |  |  |
| TOTAL: | LPN |  |  |  |  |
| **Redacted** | LPN | Nouth | 10p | 10½a |  |
|  | LPN |  |  |  |  |
|  | LPN |  |  |  |  |
| TOTAL: | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. | North | 10:00 | 6 | 7.75 |
|  | C.N.A. | South | 9:45 | 6:00 | 7.75 |
|  | C.N.A. | 200 | 9:45 | 6 | 7.75 |
|  | C.N.A. |  |  |  |  |
| **Redacted** | C.N.A. |  | 10:00 | 6:00 | 8 |
|  | C.N.A. |  | 9:45 | 6 AM. | 7.75 |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |
|  | C.N.A. |  |  |  |  |

TOTAL HRS:

COMMENTS:

ADMINISTRATOR / DON / DESIGNEE                    DATE

Confidential

RHC002956

# APPLICATION FOR EMPLOYMENT

### (Please Print Clearly)

Confidential

## Personal Information

Date of Application: 5-1-09

Date Available: ASAP

Name: Verser *(Last)*   Tabitha *(First)*   Lynn *(Middle)*

Present Address: Redacted *(Street)*   Cash *(City)*   Ar *(State)*   Redacted *(Zip Code)*   Phone Number: Redacted

Permanent Address (if Different than Present Address): *(Street)* *(City)* *(State)* *(Zip Code)*   Cell Phone Number: Redacted

If you cannot be reached at above phone number, where may we contact you? Name of Person: Dennis Riley   Phone: Redacted

## Employment Desired

| Type of Work Desired | Shift | Salary |
|---|---|---|
| First Choice: Fri Sat | Sun. 8 hr. | 16 hour Redacted |
| Second Choice | | 16 hour |
| Third Choice | | |

Will You Accept Employment of: ☒ Full Time?  ☐ Part Time?  ☐ Temporary?

Are You 18 Yrs. of Age or Older? ☒ Yes  ☐ No

Are You Employed Now? ☒ Yes  ☐ No

May We Contact Your Present Employer? ☐ Yes  ☒ No — still tho would like to tell them.

How Did You Learn Of This Opening? mailed

## Education

Circle Highest Grade Completed:  8  9  (10)  11  12    13  14  15  16

Scholastic Honors Received: _____

| | Name of School | Location (City, State) | Courses Taken | Completed | Type of Degree or Certificate Received |
|---|---|---|---|---|---|
| Grammar or Grade School | Nettleton | Jonesboro Ar | | ☐ No ☐ Yes | |
| High School | Nettleton High School | Jonesboro Ar, | | ☐ No ☐ Yes | |
| College | | | | ☐ No ☐ Yes; __/__/__ | |
| Vocational or Business | | | | ☐ No ☐ Yes; __/__/__ | |
| Professional Education | | | | ☐ No ☐ Yes; __/__/__ | |
| Laboratory or X-Ray Training | | | | ☐ No ☐ Yes; __/__/__ | |

Extracurricular Activities While in School: _____

Member of Professional Organizations: _____

Honors Received, Volunteer or Community Service or Other Qualifications You Have Which You Feel Are Related to the Position for Which You Are Applying: _____

Were you in the U.S. Armed Forces? ☐ Yes  ☒ No   If yes, what branch? _____

Dates of Duty: From __/__/__ *(Month Day Year)* To __/__/__ *(Month Day Year)*   Rank at Discharge _____

## Professional Licenses and/or Certifications

| Type | Organization or State Issued | Date Issued | Number | Verif. |
|---|---|---|---|---|
| CNA | Ar | 2-6-06 | Redacted | |
| Type | Organization or State Issued | Date Issued | Number | |
| Type | Organization or State Issued | Date Iss. | | |

Form 3294R   BRIGGS, Des Moines, IA 50306  (800) 247-2343
PRINTED IN U.S.A.

Confidential

EXHIBIT 4

RHC009240

**Facility: RIDGECREST HEALTH AND REHABILITATION**
**Employee File Checklist**

Employee Name: _Mhtha Verser_     Hire Date: _5·5·09_

Position: _CNA_

[✓] New Hire   [ ] Rehire   [ ] <30 days rehire
*NOTE: if less than 30 days since employment
termination, original hire date retained*

[✓] Full Time   [ ] Part Time   [ ] PRN(on-call)

RECORD
DATE
EACH
ITEM
REC'D

| | |
|---|---|
| 05/05/09 | Application fully completed |
| 05/01/09 | Interview completed; noted in interview section |
| 05/04/09 | Release of Information Waiver signed |
| 05/04/09 | At least 2 References checked |
| 05/05/09 | Employment Clearance Form (*fully completed) |
| 05/05/09 | Original Current Driver's License/Photo ID copied |
| 05/05/09 | Orig. Social Security Card copied |
| (OR: ____ Certificate of Naturalization OR ____ Resident Alien Card) |

**Records file**

| | |
|---|---|
| 05/05/09 | Orig. Current Lic/Cert copied OR: ____ N/A   **Separate binder** |
| 05/01/09 | TB Skin Test Results   **Medical file** |

**PRE-HIRE**

[✓] HIRED; CLEARED FOR ORIENTATION    DATE: _05·05·2009_
    ORIENTATION DATE: _05·05·2009_

[ ] NOT HIRED     ADMINISTRATOR
      SIGNATURE _Eva Yal_

[✓] Abuse Pol/Broch Acknowledgement
[✓] Attendance Policy Acknowledgement
[✓] Departmental Orientation Form
[✓] DRA Compliance Acknowledgement
[✓] Employee Information Form
[✓] Fire/Disaster Safety Form
[✓] General Orientation Form
[✓] Handbook Acknowledgement

[✓] Job Description
[✓] Lifting/Transfer Policy Acknowledgement
[✓] Photographic Release
[✓] Salary Re-Direct Agreement
[✓] Safety Rules Form
[✓] Voluntary Self-ID Form
[✓] W-4

**Records file**

# Redacted

**Medical file**

[✓] State Criminal Records Check form
[✓] submitted: date: _05·05·09_
[✓] Federal FBI fingerprint Card
[✓] submitted: date: _05·05·09_
[✓] Confidentiality/Privacy Training Acknowledgement

[ ] I-9
[✓] TB Skin Test Results Copy
(*may be kept in Medical file only*)

**Each in Separate binders**

[✓] Viewed Abuse Video; completed (pre/post tests)     [ ] Viewed van/lift video if applicable

ALL ABOVE-LISTED ITEMS MUST BE COMPLETED, SIGNED, COLLECTED & SUBMITTED AS APPLICABLE BEFORE
ANY NEW HIRE MAY BEGIN WORK *(excluding paid orientation)*.

DATE ELIGIBLE TO BEGIN WORK: _05·08·09_     ADMIN/DESIGNEE INIT _05/05/09_

[✓] Clocking Number issued
[✓] Entered in TimeForce
[ ] Name Tag Issued

[✓] Fingerprint in time clock
[✓] Entered in Americana
[ ] Uniforms Ordered

[ ] keys issued
[ ] back brace issued
[ ] gait belt issued

[ ] OTHER: _____

Completed By: ROBIN L. HAVEN Position: BUSINESS OFFICE MANAGER   Date: _05/05_ INIT _RH_
Revised 1/06, 1/07

Confidential

**Facility: RIDGECREST HEALTH AND REHABILITATION**
**(*ENTIRE form MUST be completed, and signed!)**

### Employment Clearance Form

Applicant's Full Name: _Tabitha Lynn Verser_   Social Security No: **Redacted**

Check all that apply:

[✓] CNA  [ ] LPN  [ ] LPTN  [ ] RN  [ ] CMA  [ ] Housekeeping/Laundry  [ ] Dietary

[ ] Administrative/Office       [ ] OTHER: _____

---

**ALL: Arkansas Registry Clearance – ATTACH online printout**   cleared? (yes)   no
  http://www.prometric.com/NurseAide/ar   On Line Printout attached. _yes_
  If unavailable, call: 501-682-8484 Facility Code: 0048
  Certification Number: **Redacted**
  Date Issued: 07·06·06   Expiring: 07·06·2010   _all print out_
  Date called: 05/04/09   Time: 10·09 AM   Ret   _phone   Ret_

**ALL: if applicant has EVER lived in another state-**
**Other State Registry Clearance – ATTACH online printout if available**
(attach additional pages for additional states checked)   cleared? (yes)   no   reason:
State: _TN_ checked via:  phone  (online)

---

**ALL: Sex Offender Registry Clearance  - ATTACH online printout**
  http://www.aclc.org/soff/index.php   cleared? (yes)   no

---

**ALL: EPLS (Excluded Parties Listing System)  ATTACH online printout**
  http://www.epls.gov/epls/search.do?ssn=true   cleared? (yes)   no

---

**ALL: HHS/OIG List of Excluded Individuals  ATTACH online printout**
  http://exclusions.oig.hhs.gov   cleared? (yes)   no

---

**ALL: ONLINE Preliminary Criminal Records Clearance  ATTACH online printout**
  www.criminalscan.com   cleared? (yes)   no

---

**NURSES: Arkansas State Board of Nursing Clearance  ATTACH online printout**
  www.arsbn.org/registry/index.html
  if unavailable, call – (501) 682-2200
  Nurse License Number: _____   cleared?  yes  no
  Date Expiring on: _____   flags/restrictions: _____

**NURSES: If applicant has EVER lived in another state –**
**Other State Nursing Board Clearance – ATTACH online printout if available**
(attach additional pages for additonal states checked)   cleared?  yes  no
State: _____ checked via:  phone  online   flags/restrictions: _____

---

## APPLICANT CLEARED FOR HIRE?              yes      no

By: ROBIN L. HAVEN   Date: 05.04.09   Interview scheduled with: _DEBRA ROSE_
Signature: _[signature]_   for 05/04/09  Time: _____

---

**ALL***POST-HIRE Criminal Records Clearance – COMPLETED FOLLOWING INTERVIEW, UPON JOB OFFER**
https://www.ark.org/criminal/index.php       NO LATER THAN 1ST DAY OF ORIENTATION
                              RESULTS IN CRC BINDER

State  _✓_ DMS-736 OR ____ASP-122  Results 05/05/09  cleared? (yes)  no  _init_
FBI fingerprint card submitted 05/05/09  Results 07/31/2009  cleared? (yes)  no  _init_

## ENTIRE FORM MUST BE COMPLETE PRIOR TO START OF WORK

Confidential                    RHC009259

*Facility:* **RIDGECREST HEALTH AND REHABILITATION**

# TERMINATION OF EMPLOYMENT /
## LEAVE OF ABSENCE FORM

*Tabitha Riley*    383    | Redacted |    CNA    5/5/2009
Employee Name     Employee #    SS #     Position    Date of hire

| Redacted | Jonesboro, Ar | Redacted | Redacted |
Address      City, State, Zip      Phone #

**Voluntary Termination** (  ) yes (  ) no
___(1) failed to return/no contact
___(2) walked off job
___(3) no reason given
___(4) accepted another job
___(5) failed to report availability
___(6) other job/conflict
___(7) hired/never worked
___(8) childcare problems
Dissatisfied with: ___(9) salary review
___(10) advancement ___(11) policy
___(12) co-workers ___(13) management
___(14) hours ___(15) conditions
___(16) other:_____
___(17) failed to return from leave
___(18) medical reasons
___(19) moved out too far
___(20) personal reasons
___(21) to stay at home
___(22) transportation problems
___(23) to attend school
___(24) other:_____
___(25) deceased
___(26) job elimination

**Involuntary Termination** ( ✓ ) yes (  ) no
___(32) excessive absenteeism
___(33) excessive tardies
___(34) excessive absent/tardy
___(35) failed to report to work
___(37) non-compliance/leave
___(38) left work without notice
___(39) misappropriation of funds
___(40) shortage/carelessness
___(41) falsified application/other
___(42) inability to perform
___(43) destruction of company property
___(44) misuse of equipment
___(45) insubordination
___(47) unauthorized possession of co property
___(48) violation of policies/procedures
✓ (49) other: *Handbook*

**Last date worked:** 8/21/11
Additional details on reason for leaving: *Reported to State of alleged Abuse Investigation Falsified- that CNA was violating handbook pg. 14 #3 Grounds for Immediate Dismissal*   *see back*

**Voluntary Leave of Absence** (  ) yes (  ) no
Term: Beginning:_____
      Returning:_____
___(30) FMLA(Family Medical Leave Act)
___Maternity Leave
___Medical Leave
___(31) Other:_____
**Date of request:**_____

**Involuntary Leave of Absence** (  ) yes (  ) no
(Suspension) Beginning:_____
      Returning:_____
___Due to expiration of License
___Due to expiration of TB Skin Test
___(27) Lay off/recall date:_____
___(28) Pending outcome of investigation
___(29) Other:_____

___facility-owned keys & other    ___employee comments attached    ___ # verbal warnings
     supplies returned     ___supervisor comments attached    ___ # written warnings
___collect:_____
upon distribution of last check

Supervisor Approval Signature:_____   Date_____

Administrator Signature:*Lisa Yall*    Date 8/30/11

I have read and acknowledge that the above information is true to the best of my knowledge.
Employee Signature:*Tabitha Riley*    Date: 8/30/11

*(*desired, but not required for terminations nor for involuntary leaves of absence)*

# Facility: RIDGECREST HEALTH AND REHABILITATION
## EXIT INTERVIEW

**Employee Name:**  TABITHA RILEY      **Supervisor:**  DERBA ROSE_

**Department:**  NURSING_____ **Job Title:**  CNA

**Hire Date (first paid day)_** 05/05/2009     **Termination Date(last paid day)** 08/21/2011

**PLEASE NOTE:** You may use the back of this form if additional space is needed.

1. **Why are you leaving this facility?**

   That I got let go because resident lied on me.

2. **What circumstances would have prevented your departure?**

3. **What did you like most about your job?**

   my residents & workers

4. **What did you like least about your job?**

   nothing

5. **What did you think of your supervisor on the following points:**

|  | Almost Always | Usually | Sometimes | Never |
|---|---|---|---|---|
| Was consistently fair | ( ) | (✓) | ( ) | ( ) |
| Provided recognition | ( ) | (✓) | ( ) | ( ) |
| Resolved complaints | (✓) | ( ) | ( ) | ( ) |
| Was sensitive to employees' needs | ( ) | (✓) | ( ) | ( ) |
| Provided feedback on performance | ( ) | (✓) | ( ) | ( . ) |
| Was receptive to open communication | ( ) | (✓) | ( ) | ( ) |

Confidential

Followed facility policies     ( )     (✓)     ( )     ( )

**6. How would you rate the following:**

| | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Cooperation within the facility | (✓) | ( ) | ( ) | ( ) |
| Cooperation with your department | (✓) | ( ) | ( ) | ( ) |
| Personal job training | (✓) | ( ) | ( ) | ( ) |
| Equipment provided (materials, resources, facilities) | (✓) | ( ) | ( ) | ( ) |

| | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Company's new employee orientation | (✓) | ( ) | ( ) | ( ) |
| Rate of pay for your job | (✓) | ( ) | ( ) | ( ) |
| Availability of supplies to perform job duties | (✓) | ( ) | ( ) | ( ) |
| Physical working conditions | (✓) | ( ) | ( ) | ( ) |

Comments: _____

_____

**7. How did you feel about the employee benefits provided by the company?**

| | Excellent | Good | Fair | Poor | No Opinion |
|---|---|---|---|---|---|
| Paid holidays | (✓) | ( ) | ( ) | ( ) | ( ) |
| Paid vacation | (✓) | ( ) | ( ) | ( ) | ( ) |
| Medical plan | (✓) | ( ) | ( ) | ( ) | ( ) |
| Dental plan | (✓) | ( ) | ( ) | ( ) | ( ) |
| Retirement plan | (✓) | ( ) | ( ) | ( ) | ( ) |
| Educational assistance | (✓) | ( ) | ( ) | ( ) | ( ) |

**8. Would you recommend the company to a friend as a good organization to work for?**

Most definitely (✓)    With reservations ( )    No ( )

**9. What suggestions do you have to make this a better place to work?:** _____

_____ none _____

_____

**10. Any additional comments:**

_____

_____

Lisa Yale
**Administrator Signature**

Date: 8/26/11

Tabitha Riley
**Employee Signature**

Date: 8-26-11

Confidential

*Facility: RIDGECREST HEALTH AND REHABILITATION*

# Employee Information Form

☑ New Hire ☐ Re-hire ☐ Change Only ----- Effective Date: 5-5-09
☐ Part-Time

Name: Tabitha Lynn Verser                     SS#: **Redacted**

Address: **Redacted**

City: Cash                    State: Ar          Zip: **Redacted**

Telephone: **Redacted**           Date of birth **Redacted**

# Redacted

\# of withholding allowances (dependents) claimed: Federal:_____  State:_____

Additional amount to be withheld from each paycheck:  Federal:$ 0    State:$ 0

Known garnishments, other mandatory deductions? 0

Hire date: 5-5-09                  Effective Rate of Pay:   $_Redacted_ per HR

90-day probation ending:           Option/Incentive Pay: $_Redacted_
____/____/____                              per HR

Title: C.N.A.                      *(NOT included in rate of pay; added manually each payroll)*

Department: Nursing                Clocking Number Assigned: 383

Approved by: [signature]                Date: 05.05.2009

## Redacted

Nurse, CNA, or Professional        Hepatitis B(circle one) consent declination *declined*
License expiration date: 07-06-10
date: 05.05.2009  by RH           Date CRC check sent in 05.05.2009

**\*\*\*\*ALL ITEMS MUST BE COMPLETED BEFORE EMPLOYEE MAY BE ENTERED IN THE TIME CLOCK SOFTWARE!!!\*\*\*\***

**BY SIGNING BELOW I CERTIFY THAT THE ABOVE INFORMATION IS CORRECT, INCLUDING MY RATE OF PAY OF $ _Redacted_ PER HR , AND OPTION/INCENTIVE PAY OF $ _Redacted_ PER HR .**

EMPLOYEE SIGNATURE: Tabitha Lynn Verser     DATE: 5-5-09

*Revised 1/07*

Confidential

*Facility: RIDGECREST HEALTH AND REHABILITATION*

# Handbook Acknowledgment

I hereby acknowledge that I have both received, and read a copy of my facility's handbook.  I further acknowledge that I understand that it is my responsibility to make sure that I fully comprehend it.  I understand that my Supervisor, or Administrative personnel will answer any questions I have about the content.  I agree to consider this handbook an employee Code of Conduct, and to abide by all policies, procedures and guidelines as contained.  This signed acknowledgment is in my file as a permanent record. I am signing this acknowledgment of my own free will.

Employee Printed Name: Tabitha Vesser

**Employee Signature:** Tabitha Vesser

**Date:** 5-5-09

RHC009281

# Facility: RIDGECREST HEALTH AND REHABILITATION
## Compliance

*The policy below has been presented to me as an addition to the existing polices and procedures of this facility, to be implemented immediately, and included in the handbook to new employees. My signature following indicates that I have read and fully understand this policy and agree to abide by it completely.*
*I understand that this signed acknowledgement will be placed in my permanent file as proof of my receipt and acceptance of this information.*

Compliance Commitment

Employees are expected to be aware of and abide by the laws governing and relating to their job position, the Facility operations and the facility's compliance requirements. Employees are required to abide by the facility's Code of Conduct which is as follows:

THIS FACILITY AND ITS EMPLOYEES ARE COMMITTED TO (A) PROVIDING QUALITY AND CLINICALLY APPROPRIATE CARE TO ITS RESIDENTS, AND; (B) CONDUCTING OURSELVES IN THE MOST PROFESSIONAL, LEGAL, AND ETHICAL MANNER WITH REGARD TO ALL HEALTHCARE AND BUSINESS PRACTICES, AND; (C) COMPLYING WITH APPLICABLE FEDERAL AND STATE LAWS AND REGULATIONS THAT GOVERN OUR BUSINESS PRACTICES AND THE HEALTHCARE SERVICES THAT WE PROVIDE.

Employees are required to abide by the facility's Code of Non-Retaliation which is as follows:

THIS FACILITY AND ITS EMPLOYEES TAKE SERIOUSLY ALL GOOD FAITH REPORTS OF POSSIBLE NON-COMPLIANCE. ANONYMOUS REPORTING IS PERMITTED. WE WILL TOLERATE NO RETALIATON AGAINST ANY EMPLOYEE OR OTHER PERSON WHO REPORTS SUSPECTED MISCONDUCT IN CONFORMITY WITH THE FACILITY COMPLIANCE PROGRAM OR APPLICABLE LAW. RETALIATION OF AN INDIVIDUAL WHO HAS MADE A REPORT OF SUSPECTED NON-COMPLIANCE IS NOT ONLY A VIOLATION OF THE COMPLIANCE PROGRAM BUT ALSO A VIOLATION OF LAW. AS AN EMPLOYEE YOU ARE REQUIRED TO IMMEDIATELY REPORT ANY CONDUCT THAT YOU CONSIDER TO BE RETALIATION TO THE COMPLIANCE OFFICER.

Any employee dishonesty, misconduct or fraud which you believe in good faith is a violation of the compliance requirements or applicable law shall be reported to the Facility Administrator/Compliance Officer in the manner required by facility policy. Failure to report suspected violations can result in termination of employment. Familiarity with and knowledge of the facility's compliance requirements will be a part of each employee's performance evaluation.

**Employee Signature:** Tabitha Weiser     **Date:** 7-30-09

**Employee Printed Name:** Tabitha L Weiser

RHC009287

RIDGECREST HEALTH AND REHABILITATION
3016 N. CHURCH STREET
JONESBORO, AR 72401

**Facility:**_____

# Job Description
# Certified Nursing Assistant

**Employee Name:** Tabitha Lynn Verser **Date of Hire:** 5-5-09

## Purpose of Your Job Position

The primary purpose of your job position is to provide each of your assigned patients with routine daily nursing care and services in accordance with the patient's assessment and care plan, and as may be directed by your supervisors.

## Delegation of Authority

As a **Certified Nursing Assistant,** you are delegated the authority, responsibility, and accountability necessary for carrying out your assigned duties.

## Job Functions

Every effort has been made to identify the essential functions of this position. However, it in no way states or implies that these are the only duties you will be required to perform. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or is an essential function of the position.

— — ·· — · — — — · — · — ·· — — · — — — · — · — — · — · — ··

## Duties and Responsibilities

### _Administrative Functions_

- Use the prescribed methods to identify patients before administering treatments, serving meals, etc., as necessary.
- Record all entries on flow sheets, notes, charts, etc., in an informative and descriptive manner.
- Use only authorized abbreviations established by this facility when recording information.
- Report all changes in the patient's condition to the Nurse Supervisor/Charge Nurse as soon as observed, and practical.
- Report all accidents and incidents you observe on the shift that they occur.

### _Admission, Transfer, and Discharge Functions_

- Ensure that the patient's room is ready for receiving the patient (i.e., bed made, name tags up, admission kit available, etc.).
- Greet patients and escort them to their room.
- Introduce patient to his/her roommate, if any, and other patients and personnel as appropriate.
- Make patient comfortable (i.e., put to bed, get water, etc.).
- Inventory and mark the patient's personal possessions, and store clothing as instructed.
- Assist patients with packing their personal possessions when they are being transferred to a new room, or when being discharged.
- Transport patients to new rooms or to the receiving area.
- Assist with loading/unloading patients from vehicles as necessary.

### _Personnel Functions_

- Perform all assigned tasks in accordance with our established policies and procedures, and as instructed by your supervisors.
- Follow work assignments, and/or work schedules in completing and performing your assigned tasks.
- Cooperate with inter-departmental personnel, as well as other facility personnel to ensure that nursing services can be adequately maintained to meet the needs of the patients.
- Create and maintain an atmosphere of warmth, personal interest and positive emphasis, as well as a calm environment throughout the unit and shift.
- Meet with your shift's nursing personnel, on a regularly scheduled basis, to assist in identifying and correcting problem areas, and/or the improvement of services.
- Report all complaints and grievances made by the patient.

RHC009291

- Notify the facility when you will be late or absent from work, and follow all prescribed attendance policies and procedures.
- Report occupational exposures to blood, body fluids, infectious materials, and hazardous chemicals to your supervisor immediately.

## *Personal Nursing Care Functions*

- Participate in and receive the nursing report upon reporting for duty.
- Follow established policies concerning exposure to blood/body fluids.
- Assist patients with daily care; dental and mouth care (i.e., brushing teeth/dentures, oral hygiene, special mouth care, etc.), hair care (combing, brushing, shampooing, etc.), nail care (clipping, trimming, cleaning fingernails and toenails *NOT including diabetic patients*), shaving as directed, peri-care, eye and ear care (i.e., warm/cold compresses, eye/ear instillation, cleaning eyeglasses/hearing aides, etc.) as instructed.
- Assist patients with bath functions (i.e., bedbath, tub or shower bath, etc.) as directed.
- Assist patients with dressing/undressing as necessary.
- Keep incontinent patients, and ALL patients, dry (i.e., change gown, clothing, linen, etc., when it becomes wet or soiled).
- Change bed linens. Keep linens tight to avoid wrinkles from forming under the patient.
- Make beds (occupied and unoccupied) and put extra covers on beds as requested.
- Position bedfast patients in correct and comfortable position.
- Assist patient with bowel and bladder functions (i.e., take to bathroom, offer bedpan/urinal, portable commode, etc.).  Check and report bowel movements and character of stools as instructed.
- Maintain intake and output records as instructed.
- Prepare and give enemas. Report results as instructed.
- Collect specimens as instructed (i.e., urine, sputum, stools, etc.).
- Assist patients in preparing for medical tests (i.e., lab work, x-ray, therapy, dental, etc.) and physical examinations.
- Assist patients in preparing for activity and social programs (i.e., church services, parties, visitors, etc.).
- Assist in transporting patients to/from appointments, activity and social programs, etc., as necessary.
- Assist with lifting, turning, moving, positioning, and transporting patients into and out of beds, chairs, bathtubs, wheelchairs, lifts, etc.
- Assist patients to walk with or without self-help devices as instructed.
- Perform restorative and rehabilitative procedures as instructed.
- Change dressings, bandages, binders, etc., as instructed, and assist with the application of nonsterile (moist and dry) warm/cold com-presses.
- Weigh and measure patients as instructed, recording temperatures, pulse, and respirations (TPRs), as instructed.
- Answer patient calls and call lights or other notifications promptly.
- Ensure that patients who are unable to call for help are checked frequently.
- Check each patient routinely to ensure that his/her personal care needs are being met in accordance with his/her wishes.
- Assist with the care of the dying patient.
- Provide post-mortem care as instructed.

## *Special Nursing Care Functions*

- Observe and report the presence of pressure areas and skin breakdowns to prevent decubitus ulcers (bedsores).
- Report injuries of an unknown source, including skin tears.
- Provide daily indwelling catheter care and perineal care, including performing nonsterile (clean) vaginal irrigation/douches.
- Assist with the application of slings, elastic bandages, binders, etc.
- Give tepid sponge baths.
- Provide daily Range of Motion Exercises. Record data as instructed.
- Turn bedfast patients at prescribed intervals, at least every two (2) hours.
- Perform diabetic urine testing (i.e., clinitest, acetest, etc.).
- Assist with physical and respiratory therapy as instructed.

RHC009292

- Perform special treatments as instructed.
- Observe disoriented and comatose patients. Record and report data as instructed.
- Turn all medications found in the patient's room/possession over to the Nurse Supervisor/Charge Nurse.
- Provide patients with Reality Orientation as instructed.
- Watch for and report any change in room temperature, ventilation, lighting, etc.

### Food Service Functions

- Prepare patients for meals (i.e., take to bathroom, wash hands, comb hair, raise bed, position tables, place bibs, take to/from dining room, etc.).
- Serve food trays. Assist with feeding as indicated (i.e., cutting foods, feeding, assist in dining room supervision, etc.).
- Assist patients with identifying food arrangements (i.e., informing patient with sight problem of foods that are on his/her tray, where it is located, if it is hot/cold, etc.).
- Record the patient's food/fluid intake. Report changes in the patient's eating habits.
- Keep patients' water pitchers clean and filled with fresh water (on each shift), and within easy reach of the patient.
- Serve between meal and bedtime snacks.
- Perform after meal care (i.e., remove trays, clean patient's hands, face, clothing, take to bathroom, brush teeth, clean dentures, etc.).
- Check rooms for food articles (i.e., food in proper container, unauthorized food items, etc.).

### Staff Development Functions

- Attend and participate in scheduled training and educational classes to maintain current certification as a Nursing Assistant.
- Attend and participate in scheduled orientation programs and any and all in-service activities.

### Safety and Sanitation Functions

- Use doctor-prescribed restraints for patients in chair/bed as instructed, and document accordingly.
- Check restrained patients at prescribed intervals, but at least every thirty (30) minutes, and release at prescribed intervals, but at least every (2) hours for range of motion exercises, taking to bathroom, etc.
- Participate in appropriate in-service training programs **prior** to performing tasks that involve potential exposure to blood/body fluids.
- Wash hands before and after performing any service for the patient, and before and after entering any isolation room/unit using soap and water, or alcohol sanitizer.
- Keep the nurses' call system within easy reach of the patient.
- Immediately notify the Nurse Supervisor/Charge Nurse of any patient leaving/ missing from the facility.
- Follow established safety precautions in the performance of all duties.
- Keep patients' personal possessions off the floor and properly stored.
- Keep floors dry. Report spills immediately.
- Keep excess supplies and equipment off the floor. Store in designated areas.
- Wash wheelchairs, walkers, etc., as instructed, clean, disinfect, and return all patient care equipment to its designated storage area after each use.
- Perform routine housekeeping duties (i.e., clean bedrails, overbed table, nightstand, etc., that relate to nursing care procedures).
- Before leaving work area for breaks, or at the end of the work day, store all tools, equipment, and supplies.
- Report all hazardous conditions and equipment, safety violations, communicable or infectious disease to the Nurse Supervisor/Charge Nurse and Director of Nursing immediately.
- Follow established smoking regulations. Report all violations.
- Follow established isolation precautions and procedures.
- Follow established procedures in the use and disposal of personal protective equipment.
- Wear and/or use safety equipment and supplies (e.g., back brace, mechanical lifts, etc.) when lifting or moving patients.
- Report missing/illegible labels and MSDSs to your supervisor.

### Equipment and Supply Functions

RHC009293

- Use only the equipment you have been trained to use, and operate all equipment in a safe manner.
- Use only the equipment and supplies necessary to do the job. Do not be wasteful.
- Report defective equipment to the Nurse Supervisor/Charge Nurse, and inform them of your equipment/supply needs.

### *Care Plan Functions*
- Review care plans daily to determine if changes in the patient's daily care routine have been made on the care plan.
- Inform the Nurse Supervisor/Charge Nurse of any changes in the patient's condition so that appropriate information can be entered on the patient's care plan.
- Ensure that your notes reflect that the care plan is being followed.

### *Patient Rights Functions*
- Maintain the **confidentiality** of all patient care information.
- Ensure that you treat all patients fairly, and with kindness, dignity, and respect.
- Ensure that all nursing care is provided in privacy.
- **Knock** before entering the patient's room, and adhere to all facility patient rights and privacy policies and procedures.
- Report all grievances and complaints made by the patient to the Nurse Supervisor/Charge Nurse.
- Report all allegations of patient abuse and/or misappropriation of patient property.
- Honor the patient's refusal of treatment request. Report such requests to your supervisor.

## Working Conditions
- Works throughout the nursing service area (i.e., drug rooms, nurses' stations, patient rooms, etc.).
- Moves intermittently during working hours.
- Is subject to frequent interruptions by patients, personnel, visitors, government agencies/personnel, etc., under all conditions and circumstances.
- Is subject to hostile and emotionally upset patients, family members, personnel, and visitors.
- Communicates with nursing personnel and other department personnel.
- Works beyond normal working hours, on weekends and holidays, in other positions, and in call-back situations (e.g., severe weather, evacuation, post-disaster, etc.), when necessary.
- Attends and participates in continuing educational programs.
- Is subject to injury from falls, burns from equipment, odors, etc., throughout the work day, as well as to reactions from dust, disinfectants, tobacco smoke, and other air contaminants.
- Is subject to exposure to infectious waste, diseases, conditions, etc., including **TB** and the **AIDS** and **Hepatitis B** viruses, and may be subject to the handling of and exposure to hazardous chemicals.

## Education
- Must possess, the minimum education requirements necessary for obtaining Certification.

## Experience
- Must be an Arkansas licensed Certified Nursing Assistant.

## Specific Requirements
- Must be able to read, write, speak, and understand the English language.
- Must possess the ability to make independent decisions when circumstances warrant such action.
- Must possess the ability to deal patiently, tactfully, with a cheerful disposition and enthusiasm with personnel, patients, family members, visitors, government agencies/personnel, and the general public on whatever maturity level at which they are currently functioning.
- Must possess the ability and willingness to work harmoniously with other personnel.
- Must be willing to incorporate new methods and principles into existing nursing practices.
- Must be able to relate information concerning a patient's condition.
- Must not pose a direct threat to the health and safety of other individuals in the workplace.

## Physical and Sensory Requirements
(With or Without the Aid of Mechanical Devices)
- Must be able to move intermittently throughout the work day.

RHC009294

- Must be able to speak and write the English language in an understandable manner.
- Must be able to cope with the mental and emotional stress of the position due to relating to and working with the ill, disabled, elderly, emotionally upset, and, at times, hostile people.
- Must be able to see and hear or use prosthetics that will enable these senses to function adequately to ensure that the requirements of this position can be fully met.
- Must function independently and have flexibility, personal integrity, and the ability to work effectively with patients, personnel, and support agencies.
- Must meet the general health requirements set forth by the policies of this facility.
- Must be able to push, pull, move, and/or lift a reasonable number of pounds to a reasonable height and be able to push, pull, move, and/or carry such weight a reasonably minimum distance.
- May be necessary to assist in the evacuation of patients during emergency situations.

## Job Position Analysis Information

**YES**   Tasks assigned to this position do involve potential and/or direct exposure to blood, body fluids, infectious diseases, air contaminants, and hazardous chemicals

**YES**   Functions Require Repetitive Motion

**YES**   Weight Lifting requirements do apply.

**YES**   Functions Require Prolonged Sitting, Standing, and/or Bending

## Acknowledgment

I have read this job description and fully understand the requirements set forth therein. I hereby accept the position of **Certified Nursing Assistant** and agree to perform the identified essential functions in a safe manner and in accordance with the facility's established procedures. I understand that as a result of my employment, I may be exposed to blood, body fluids, infectious diseases, air contaminants (including tobacco smoke), and hazardous chemicals and that the facility will provide to me instructions on how to prevent and control such exposures. I further understand that I may also be exposed to the **Hepatitis B Virus** and that the facility will make available to me, free of charge, the hepatitis B vaccination.

I understand that my employment is at-will, and thereby understand that my employment may be terminated at-will either by the facility or myself and that such termination can be made with or without notice.

_Tabitha Larsen_ _____      _5509_ _____

Signature - Certified Nursing Assistant                                      Date

Confidential

### Facility: RIDGECREST HEALTH AND REHABILITATION

## General Orientation Completion

Employee: _Tontha Veiser_      Hire Date: _5-5-09 ORIENTATION_   05.08.09 HIRE DATE

Job Title: _CNA_      Department: _____

OR Non-employee Name: _____ Association: _____

**I have attended and completed the general employee orientation including, but not limited to training and policy/procedure presentation in the following areas:**

**Administrative**
Job description, personnel policies, worker's compensation, salary/pay day/method of payment, parking facilities, phone usage, employment classification, clocking in/out, required paperwork, benefits, uniforms, handbook overview and facility-specific policies

**Environmental Services & Safety**
Facility tour, OSHA, infection control, blood borne pathogens, blood spills, safety device policy, safety form

**Fire and Disaster Safety**
Fire alarm procedure, fire drill procedure, fire extinguisher operation, classes of fires, severe weather disaster procedure, fire/disaster safety form

**Social Services – Patient Relations**
Facility Patient Abuse and Neglect policy, reporting procedures, patient rights, HIPAA confidentiality requirements, personal conduct, professionalism, I & A reports, Federal and State reporting regulations, consequences for violation

**Activities**
Location of activity room/areas, regularly scheduled activities, expectations, limitations, special activities

**Dietary – General**
Location of kitchen/dining rooms, hours of operation, dietary cart care/safety, dietary cart/tray/serving table pick up and return, keeping facility doors clear upon cart/tray/table return, wearing of hairnets/aprons in kitchen, restricted accessibility of kitchen, patient diets, dietary requests, employee meals, patient food handling

**Housekeeping/Laundry/Maintenance – General**
Location of laundry/utility rooms, linen/cleaning/disposal cart care/safety, cart storage, restricted accessibility of chemicals, patient requests, maintenance requests, housekeepers/floor techs/laundry/maintenance

**Nursing - General**
Direct care, patient dignity, allowable care without CNA/Nursing license – legal boundaries, answering call lights, reporting to Nursing department, compassionate communication

**I have received training where necessary, and fully understand all policies, procedures, and guidelines in each of these areas. I agree to abide by all policies, procedures, and guidelines as presented and documented in this orientation.**

Employee Signature: _Tontha Veiser_      Date: _5-5-09_
Or

Non-employee Signature: _____ Date: _____

Confidential      RHC009296

# Departmental Orientation
# Nursing – CNA, RNA

Date of Hire: 5·5·09

Employee Name: Tabitha Verser     Position/Title: CNA

Supervisor conducting orientation:*(printed name)* Sara McCandless    Initial: S

Date orientation begun: 05·05·2009    Date of completion: 05|11|2009

**Check off each item as completed. Each item is to be fully explained, examples shown, and employee in-serviced on nursing responsibilities regarding:**

**Nursing Department –**
- Departmental meetings
- Disciplinary policies/procedures (what written up for, number of write ups and corresponding disciplinary actions)
- Mandatory in-servicing
- Position duties (CNA vs. RNA vs. LPN vs. RN vs. ADON vs. DON)
- Preserving Patient rights
- Scheduling
- Supervisor

**Admission, Transfer, Discharge Procedures for employee position**

**Documentation –**
- Completion of all identification data per page
- Correction of errors
- In ink
- Legible, concise, timely
- MDS, health care plan

**Elimination –**
- Bowel/bladder training
- Colostomy care
- Enemas
- Measuring output

**Food Services –**
- Food temperatures
- Modified/Restricted diets
- Sanitation procedures
- Serving sizes
- Transport of food (tray/cart pick up/delivery/return)

**Nursing Care –**
- Bathing (bed, tub, shower, partial, perineal care)
- Bed making (occupied/unoccupied)
- Feeding (partial, total, syringe, tube-fed, between meals)
- Foot care (routine, diabetic patients)
- Grooming (dressing – bed/ambulatory)
- Hair care (shampoo, brushing, combing, bed/wheelchair/ambulatory)
- Helping patients walk
- Intake monitoring of fluids (offer at intervals, forcing, measuring)
- Intake monitoring of food (substitutions, snacks)
- Nail care (finger/toenails, diabetic patients)
- Oral care (dentures, teeth brushing, halitosis, unconscious patients)
- Passive exercises
- Patient preparation for: meals, appts, LOA, etc.
- Skin care (cleanliness, lotions/powders, massage, positioning)
- Shaving
- Specimen collection/testing
- Transferring patients

RHC009299

Vital signs (oral temp, rectal temp, pulse, respiration, bp)

**Nursing Care equipment/supply aids –Proper use of (how to, when to, when not to, etc.)**
- Bedpans/fracture pans
- Booties
- Elbow protectors
- Flotation mattress
- Footboards
- Lifting devices
- Pillows
- Restraints (types, policies regarding, special care, monitoring)
- Sheepskins
- Catheters (external, indwelling, leg bags)
- Cleaning procedures

**Observations and Reporting –**
- Elimination (color, amt, consistency, odor, frequency, recording)
- Miscellaneous(edema, drowsiness, vitals, odors, sores, perspiration, cough, dyspnea, complaints, behavioral changes)
- Nutrition intake (appetite, swallowing, documentation)
- Skin (redness, bruising, rashes, lacerations, color, temperature)

**Patient Nutritional Requirements –**
- Grains
- Milk and milk products
- Meat and meat alternatives
- Vegetables and fruits

**Postmortem care**

**Infection Control –**
- Cleaning/sanitizing of all work areas
- Hygiene (hand sanitizing, gloves, dress code)
- Isolation procedures/universal precautions
- Safe food handling

**Safety –**
- Emergency equipment/procedures
- Hazardous Communication(MSDSs, precautions)
- Incident reporting(immediate, within 24 hours, to whom)
- Location of fire extinguishers
- Lock out/Tag out
- Non-blocking of doors/exits with equipment, carts, tables, etc.
- Prohibition of jewelry
- Proper lifting techniques
- Proper shoes
- Reporting unsafe conditions/equipment (i.e., frayed cords, loose electrical switches, etc.)
- Safe operation of nursing equipment
- Use of floor mats / wet floor signs

**Check off each item as completed.**
**The employee must locate or demonstrate each of the following:**
Admission, transfer, discharge procedures
Bathing
Bed making
Emergency equipment/procedures
Equipment cleaning, operation
Feeding
Lock out/Tag out
MDS, health care plan
Meal monitoring for special diets (low salt, diabetic, etc.)
Monitoring and reporting of general patient condition
MSDSs, chemical storage, precautions for use
Nursing aid/supply usage
Patient preparation
Perineal care

Confidential

Personal patient hygiene, grooming, and care(shaving, hair, nail, oral) 
Positioning
Proper hand sanitizing
Proper lifting
Specimen collection/testing
Taking/recording of vitals

**Check off each item as completed.**
**Employee must verbally explain expectations regarding:**
Breaks/lunch
Clocking in/out times
Departmental disciplinary procedures
Minimum staffing requirements; being "counted"
Proper uniform(color, hair net, lack of jewelry, name tag, etc.)

I have completed my nursing departmental orientation and fully understand all items presented.  I agree to abide by all departmental rules, regulations, guidelines, policies, and procedures as a condition of my employment.

Employee Signature _____   Date: _____

Confidential

**Ridgecrest Health & Rehab**
**3016 N. Church**
Facility:_____**Jonesboro, AR 72401**

# Vacation Request Form
## Bereavement Pay Request Form

Date of request: _6-14-10_ ☑first request ☐ amended request

☐ Request given to employee to complete due to FMLA status

Employee Name: _Tabitha Verser_          Employee Number: _383_

Social Security #: **Redacted**          Date of Hire: _5-5-09_

Position: _CNA_          Department: _Nursing_

Vacation hours available as of request date. _15_   #of hours requested: _7.5_

Beginning date: _7-2-10_          Returning to work on: _7-3-10_

Bereavement Pay for _____ (date) and _____ (date)
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature: _Tabitha Verser_

☑ Approved          _ANNIVERSARY-_          ☐ Denied
                      _AVERAGE_
☐ Scheduled off       _Hours 79.47_          Reason:_____

☐ Required to take due to FMLA leave status          _____

                                        Suggested dates:_____to
                                        _____

Supervisor Signature: _D_o ull_          Date: _6/16/10_

Administrator Signature: _Lyal_          Date: _4/22/10_

Date received by payroll: _6-14-10_

☐ Denied; original returned to employee, copy filed in employee file

☐ Approved; to be included on payroll for pay period ending:_____

☐ Submitted with payroll; filed in employee file

Payroll init. _CC_   Date: _6/16/10_

5/10

Confidential          RHC009344

# *Ridgecrest Health and Rehabilitation*
# *Verbal Counseling*

*Employee Name:* Tabitha Verser
*Department:* Nursing
*Counseling Given by:* Lisa Yahnke, Adm.
*Date:* 1/15/2010

*Please be advised that due to recent payrolls it has been brought to my attention that you are clocking in either early or staying late. You are not authorized to clock in early or late unless it is by the Administrator or Supervisor. At this time all Supervisors have been made aware that I will not be approving anyone to clock in/ out, early or late.*
*Also, as the administrator I do understand there will be times that this could occur, but only when I authorize.*
*Therefore, as of this date, willfully not following directions from the Administrator may result in termination of your employment.*

*Thank you for your hard work and dedication.*

TV

Tabitha Verser

Confidential

*Facility: RIDGECREST HEALTH AND REHABILITATION*  5-17-10  5-30-10

# Employee Performance Evaluation

Employee Name: *Tabitha Verser*          Employee #: 383

Hire Date: 5-8-09          Position: CNA          Dept: NURSING

☐ 90-day evaluation          ☒ Annual evaluation          ☐ Merit evaluation

☐ Evaluation for other reason:_____

---

**EMPLOYEE** Instructions:  Please read and consider each area very carefully.  Consider your average work output and habits in determining responses.  Rate yourself as honestly as possible in each area.

*5-SUPERIOR–accomplishment far exceeds both reasonable and demanding standards*
*4-EXCELLENT–accomplishment clearly demonstrates successful meeting of all job requirements*
*3-GOOD–requirements met, but at bare minimum levels necessary to be considered successful*
*2-SUFFICIENT–successfully completes majority of work, but an obvious improvement need exists*
*1-INSUFFICIENT-work is noticeably less than acceptable and below job requirements*

---

5 **General Quality of Work:**  accuracy, attention to detail, originality, efficiency, ability to work independently, confidence in results, pride in work

4 **Quantity of Work:**  timeliness of work completion, meeting of deadlines, full completion of projects as assigned, taking on of additional responsibilities, time management skills, task completion

4 **Job Knowledge:**  possession of practical/technical knowledge required to handle job responsibilities, independent educational habits

4 **Work Habits:**  attentiveness, ability to follow instruction, performance consistency, task flexibility, work ethic, trustworthiness, dependability, reliability, attendance, punctuality

3 **Creativity/Initiative:**  proposing of new ideas, better systems, problem-solving and solution-finding skills, personal expectations

3 **Inter-Personal Relationships:**  attitude, demeanor, tact, and level of professionalism exhibited interacting with patients, families, Doctors, co-workers, administration, other departments; cooperativeness, degree of teamwork

3 **Adherence to Policies/Procedures:**  respect of authority, following of codes of conduct and behavior, understanding of importance of following proper protocols, support and acceptance of supervisory directives

3 **Communication Skills:**  effective language use, clear expression of ideas, ability to explain concepts to others, handling of confrontations

2 **Leadership:**  ability to motivate others, adaptation to new situations, withstanding of pressure, crisis coping, logical and practical decision-making skills

3 **Professionalism:**  pride in facility reputation, ability to make professional impression by personal appearance, dress, speech, tone of voice, appropriateness of comments and actions

Total score: 32  + 10 = 3.20  **Overall Performance Level per SELF-EVALUATION**

Specific areas of greatest accomplishment:_____

Specific areas of greatest challenge:_____

Specific job goal to meet by next evaluation:_____

Job goal from last evaluation met?_____ if no, why not?_____

**OVER** > 2-sided form

RHC009347

**SUPERVISOR** Instructions:  Please read and consider each area very carefully.  Consider the average work output and habits of the employee in determining responses.  Observe the employee at different points during the day.  Rate the employee in each area.

*5-SUPERIOR–accomplishment far exceeds both reasonable and demanding standards*
*4-EXCELLENT–accomplishment clearly demonstrates successful meeting of all job requirements*
*3-GOOD–requirements met, but at bare minimum levels necessary to be considered successful*
*2-SUFFICIENT–successfully completes majority of work, but an obvious improvement need exists*
*1-INSUFFICIENT–work is noticeably less than acceptable and below job requirements*

___3___ **General Quality of Work:**  accuracy, attention to detail, originality, efficiency, ability to work independently, confidence in results, pride in work

___3___ **Quantity of Work:**  timeliness of work completion, meeting of deadlines, full completion of projects as assigned, taking on of additional responsibilities, time management skills, task completion

___3___ **Job Knowledge:**  possession of practical/technical knowledge required to handle job responsibilities, independent educational habits

___2___ **Work Habits:**  attentiveness, ability to follow instruction, performance consistency, task flexibility, work ethic, trustworthiness, dependability, reliability, attendance, punctuality

___3___ **Creativity/Initiative:**  proposing of new ideas, better systems, problem-solving and solution-finding skills, personal expectations

___2___ **Inter-Personal Relationships:**  attitude, demeanor, tact, and level of professionalism exhibited interacting with patients, families, Doctors, co-workers, administration, other departments; cooperativeness, degree of teamwork

___2___ **Adherence to Policies/Procedures:**  respect of authority, following of codes of conduct and behavior, understanding of importance of following proper protocols, support and acceptance of supervisory directives

___2___ **Communication Skills:**  effective language use, clear expression of ideas, ability to explain concepts to others, handling of confrontations

___2___ **Leadership:**  ability to motivate others, adaptation to new situations, withstanding of pressure, crisis coping, logical and practical decision-making skills

___2___ **Professionalism:**  pride in facility reputation, ability to make professional impression by personal appearance, dress, speech, tone of voice, appropriateness of comments and actions, and attitude

Total score: __24__ + 10 = __2.4__ **Overall Performance Level**

Supervisor comments on reason for difference (if any) between employee evaluation and supervisor evaluation:___ Work on Not talking of anybodies Person Problems in facility or calling Employee after Work hours_____

Additional Supervisor Comments:_____

_____

_____

| Based on Supervisor Overall Performance Levels *Suggested* 90-day *Maximum* hourly rate increases: | Recommended Raise of $_____ per_____ bringing rate of pay up to $_____ per_____ |
|---|---|
| 5 – 4% | |
| 4 – 3.5% | |
| 3 – 3%      ***NOTE: ALL raises must be approved | No wage increase recommended |
| 2 – 2%      at the ASP (Administrative Services Provider) | at this time. |
| 1 – 0        level following Administrator approval. Anything above 4% must be pre-approved. | |

Supervisor Signature:__ Deb Rose RN _____  Date: _5/11/10_

*(attach to wage increase form and submit to Administrator for wage increase approval)*

Confidential

*Facility:* **RIDGECREST HEALTH AND REHABILITATION**

# Wage Increase Form

Employee Name: _Tabitha Verser_    Employee Number: _383_

Social Security #: | **Redacted** |    Date of Hire: _5-5-09_

Position: _CNA_    Department: _Nursing_

Current rate of pay: $ _Redacted_ per _hour_

Proposed rate of pay:$ _Redacted_ per _hr._

Percentage increase: _2_ %

Effective Date: _____
(*must coincide with start of a pay period)

Requested by Department Head: _Debra Rose RN_ _____ (Supervisor)
(printed name)

Reason:

- [ ] Error in starting rate of pay
- [ ] Based on 90-day evaluation
- [x] Based on annual evaluation
- [ ] Shifted to new position; formerly:_____ now:_____
- [ ] Took on additional responsibilities of:_____
- [ ] Bringing in-line with current pay scale
- [ ] Merit-based increase based on performance – explanation:_____
      _____
      _____
      _____

Supervisor Signature:_____ Date:_____

- [x] Approved as-is     [ ] Amended to $_____ per _____

Administrator Signature: _L Nall_ _____ Date: _@ 5/11/10_

Received by Payroll:_____(Init)    Effective pay period beginning:_____
Date:_____    [ ] Employee Info sheet data entered
     Date:_____

Confidential

*Facility:* **RIDGECREST HEALTH AND REHABILITATION**

# Vacation Request Form
## Bereavement Pay Request Form

Date of request: 5-14-10     ☑ first request     ☐ amended request

Employee Name: Tabitha Verser          Employee Number: 383

Social Security #: **Redacted**          Date of Hire: 5-5-09

Position: CNA          Department: Nursing

Vacation hours available as of request date: _____     # of hours requested: Vac 15

Beginning date: 5-9-10/5-10/10 Returning to work on: 5-15-10

Bereavement Pay for _____ *(date)* and _____ *(date)*
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature: Tabitha Verser

---

☐ Approved                    ☐ Denied

☐ Scheduled off               Reason: _____
                              _____
                              Suggested dates: _____ to
                              _____

Supervisor Signature: _____     Date: _____

---

Administrator Signature: _____     Date: _____

---

Date received by payroll: 5-14-10

☐ Denied; original returned to employee, copy filed in employee file

☑ Approved; to be included on payroll for pay period ending: 5-16-10

☐ Submitted with payroll; filed in employee file

Payroll Init. TC     Date: 5/17/10

Confidential

✓

*Facility:* RIDGECREST HEALTH AND REHABILITATION

# Vacation Request Form
## Bereavement Pay Request Form

Date of request: 4-2-10          ☑ first request          ☐ amended request

Employee Name: Aritha Verser          Employee Number: 383

Social Security #: **Redacted**          Date of Hire: May. 5.09

Position: CNA          Department: Nursing

Vacation hours available as of request date: 37.50          # of hours requested: 7.50

Beginning date: May.14.09          Returning to work on: May. 15.09

Bereavement Pay for _____ (date) and _____ (date)
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature: Aritha Verser

☐ Approved          ☐ Denied

☐ Scheduled off          Reason:_____

          _____

          Suggested dates:_____ to

          _____

Supervisor Signature: Rose KN          Date:_____

Administrator Signature:_____          Date:_____

Date received by payroll: 4/2/10

☐ Denied; original returned to employee, copy filed in employee file

☑ Approved; to be included on payroll for pay period ending: 5/16/10

☐ Submitted with payroll; filed in employee file

Payroll init. (TC)          Date: 4/2/10

Confidential          RHC009352

# UNSCHEDULED TIME OFF
## Absence Form   ✓

Date of absence: _5-9-10_

Employee Name: _Tabitha V_                Employee Number: _____

Social Security #: _____       Date of Hire: _____

Position: _CNA_                            Department: _____

**Absence due to:**

- ☐ illness - self
- ☐ transportation problem
- ☐ legally detained

- ☐ illness - immediate family member: _____
- ☐ emergency: _brother backed over her son in a vechile_
- ☐ claim of scheduling misunderstanding

☐ Other
Explanation/Comments: _____

☐ proof of reason provided

Employee Signature: _Tana Will_          Date: _5-9-10_

**Notification by:**

- ☑ Call-in ☑ 2+ hours prior to shift ☐ within 2 hours of shift start ☐ after shift start
- ☑ By employee ☐ By: _____ (*unacceptable)
- ☐ To designated contact ☐ To other/left message only (*unacceptable)
- ☐ No call / No show (*quit - no rehire)
- ☐ Walked Out on shift (*quit - no notice - possible neglect)
- ☐ Sent home after arrival ☐ overstaffed ☐ requested ☐ disciplinary

Comments: _____

**ACTION:**

- ☐ Excused Absence
  #_____ since anniversary
- ☐ UNexcused Absence
  #_____ since anniversary

- ☐ Consultation Only
- ☐ Probationary Status until: _____
- ☐ Suspension until: _____

- ☐ Employment Terminated by facility
- ☐ None; employee quit
- ☐ Other: _____

Supervisor Signature: _John Rosson_          Date: _5/11/10_

Administrator Signature: _____          Date: _____

*house tracking form; original filed in employee file with employee memorandum form if applicable; copy to supervisor;
copy to payroll to be kept with pay period records for attendance tracking - PAY UNAFFECTED*

Confidential                                           RHC009353

**Facility: RIDGECREST HEALTH AND REHABILITATION**
**Employee Memorandum**

Employee Name: _Tabitha Verser_          Department: _Nursing_

Supervisor Name: _Debra Rose_          Title: _____

Date of occurrence: _____   Date of Memorandum: _____

Check one:  ☐ Write up   ☐ Complaint against   ☒ Compliment / Merit

Date of hire: _____   If write-up, number of prior write-ups since anniversary: ____

Please give a detailed description of the occurrence: _____

_Resident had fallen in room, CNA called family_
_member 2 days later apologyzed & recommended putting_
_a door alarm on Resident's door + to alert staff when_
_Resident enter room alone_

Witness statements attached? _____   Number: _____

If write-up, please record specific violation: *(i.e., insubordination, violation of policy(list policy, failure to. . .,
inability to . . ., lack of respect, unprofessional conduct, allegation of. . ., etc.)*

Action taken: (check one) ☒ Counsel   ☐ Disciplinary Warning   ☐ Suspension for _____
                                                                                                days, or until
☐ ____(#) write up   ☐ Employment Termination

Comment/Explanation: _____

Employee Response: _____

Additional pages attached? _____
I have read the preceding memorandum and responded as appropriate.  Under penalty of
perjury, I hereby confirm that my response accurately and honestly reflects the events,
conditions, situations as they occurred.

Signature: _Tabitha Verser_          Date: _10-9-09_

Supervisor signature _Debra Rose RN_          Date _10/9/09_

Administrator signature _Grace Yohe_          Date _10/5/09_

(original to personnel file – copy to supervisor – copy to employee if requested)

Confidential

*Facility:* **RIDGECREST HEALTH AND REHABILITATION**

# Vacation Request Form
## Bereavement Pay Request Form

Date of request:_____    ☐ first request    ☐ amended request

Employee Name: Tabitha Riley    Employee Number: 383

Social Security #: **Redacted**    Date of Hire: 5/5/09

Position: CNA    Department: Nursing

---

Vacation hours available as of request date: 7½    # of hours requested: 7½

Beginning date:_____    Returning to work on: Friday 27th

Bereavement Pay for _____ *(date)* and _____ *(date)*
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature:_____

---

☑ Approved    ☐ Denied

☐ Scheduled off    Reason:_____

Suggested dates:_____ to
_____

Supervisor Signature: Debra Brown    Date: 8/31/10

Administrator Signature: L Yal    Date: 8/31/10

---

Date received by payroll:_____

☐ Denied; original returned to employee, copy filed in employee file

☐ Approved; to be included on payroll for pay period ending:_____

☐ Submitted with payroll; filed in employee file

---

Payroll init. _____    Date:_____

Confidential    RHC009361

*Facility:* **RIDGECREST HEALTH AND REHABILITATION**
**Employee Memorandum**

Employee Name: Tabitha Vasey          Department: Nursing

Supervisor Name: Debra Ross RN          Title: CNA

Date of occurrence: 11-28-10          Date of Memorandum: 12-3-2010

Check one:  [ ] Write up   [ ] Complaint against   [ ] Compliment / Merit

Date of hire: _____   If write-up, number of prior write-ups since anniversary: _____

Please give a detailed description of the occurrence: left wipes under Resident's bed as witnessed by on coming LPN & CNA Failed to △ Resident as needed as reported by Resident's mother

Witness statements attached? _____   Number: _____

If write-up, please record specific violation: (i.e., insubordination, violation of policy(list policy, failure to . ., inability to : .:, lack of respect, unprofessional conduct, allegation of. . ., etc.)

Action taken:  (check one) [ ] Counsel   [ ] Disciplinary Warning   [ ] Suspension for _____ days, or until
[ ] (#) write up   [ ] Employment Termination

Comment/Explanation: _____

Employee Response: I have tried different things to please her, & I hate if she don't like me

Additional pages attached? _____
I have read the preceding memorandum and responded as appropriate.  Under penalty of perjury, I hereby confirm that my response accurately and honestly reflects the events, conditions, situations as they occurred.

Signature: Tabitha Riley          Date: 12-3-10

Supervisor signature: Debra Ross RN          Date 12/3/10

Administrator signature: Lisa Nabl          Date 12/3/10

(original to personnel file – copy to supervisor – copy to employee if requested)

Confidential

*Facility:* RIDGECREST HEALTH AND REHABILITATION

# UNPAID Time Off Request Form

Date of request: 1-28-11 ☑   first request ☑ amended request

Employee Name: Tabitha Riley   Employee Number: 383

Social Security #: **Redacted**   Date of Hire: May 9 09

Position: CNA   Department: Nursing

Time off requested: 7.5 hours (equivalent to 1 days)

Beginning date: 3-4-11   Returning to work on: 3-5-11

Reason time off being requested: Stepmom has plans

Employee Signature: Tabitha Riley

☑ Approved   ☒ Scheduled off   ☐ Denied
Reason:_____

☐ Verifiable proof of reason must be
Presented upon return to work or
absence will be considered "UNEXCUSED"

Alternative suggestion_____

☐ Excused; no proof necessary. Excused absence #_____ since anniversary

Supervisor Signature:_____   Date:_____

Administrator Signature: L yall   Date: 2/15/11

Date received by payroll/personnel:_____

☐ *Denied*; original returned to employee, copy filed in employee file

☐ **Approved**; PAY UNAFFECTED - to be recorded on payroll time records for pay period

☐ Recorded absence; filed original in employee file, copy with payroll

☐ Recorded absence; held out form awaiting proof of reason for absence

☐ Proof received; filed original with copy of proof in employee file, copy with payroll

☐ Proof NOT received/unacceptable. UNEXCUSED; filed original in file, copy with payroll
Unexcused absence #_____ since anniversary

Payroll Init. _____   Date:_____

Confidential

*Facility: RIDGECREST HEALTH AND REHABILITATION*

# UNPAID Time Off Request Form

Date of request: 1-28-11 ☑ first request ☐ amended request

Employee Name: Tabitha Riley   Employee Number: 383

Social Security #: **Redacted**   Date of Hire: May 9 09

Position: CNA   Department: Nursing

Time off requested: 75 hours (equivalent to 1 days)

Beginning date: 3-11-11   Returning to work on: 3-12-11

Reason time off being requested: Out of town

Employee Signature: Tabitha Riley

☒ **Approved**   ☒ Scheduled off   ☐ **Denied**
Reason:_____

☐ Verifiable proof of reason must be
Presented upon return to work or   Alternative suggestion_____
absence will be considered "UNEXCUSED"

☐ Excused; no proof necessary. Excused absence #_____ since anniversary

Supervisor Signature:_____ Date:_____

Administrator Signature: L Yal   Date 2/15/11

Date received by payroll/personnel:_____

☐ *Denied*; original returned to employee, copy filed in employee file

☐ **Approved**; PAY UNAFFECTED - to be recorded on payroll time records for pay period

☐ Recorded absence; filed original in employee file, copy with payroll

☐ Recorded absence; held out form awaiting proof of reason for absence

☐ Proof received; filed original with copy of proof in employee file, copy with payroll

☐ Proof NOT received/unacceptable.  UNEXCUSED; filed original in file, copy with payroll
Unexcused absence #_____ since anniversary

Payroll init. _____   Date:_____

Confidential

_Done_

**Facility:** _Ridgecrest Healthcard Rehabilitation_

# Employee Information Form

Effective Date: 05-16-2011     ☐ 1st (day)

☐ New Hire     ☐ Re-hire     ☒ Change Only     Main Shift: ☐/☐ 2nd (evening)

☒ Full-Time     ☐ Part-Time     ☐ PRN (as-needed)     ☒ 3rd (night)

Name: Tabitha Riley    SS#: **Redacted**    Clocking Number: 383V

Address: **Redacted**    Employee ID: 383

City: J'boro    State: Ar    Zip: **Redacted**    Date of birth: **Redacted**

Telephone: **Redacted**    Alternate Phone: (____)

Smoker: ☒ yes   ☐ no    DL #: **Redacted**    State: Ar    Exp: 7/7

**Redacted**

# of withholding allowances (dependents) claimed: Federal:_____ State:_____

Additional amount to be withheld from each paycheck: Federal:$_____ State:$_____

Known garnishments, other mandatory deductions?_____

Hire date:(first paid day) 5/8/09    Effective Rate of Pay: $ Redacted per hour

Expected Average Hours per week: 37½    ☒ Hourly employee    ☐ Salaried employee

Performance Review Date: 5/8/12    Pay Review Date: 5/8/12    Option/Incentive Pay: $ Redacted per hr.

_NOT included in rate of pay; added manually_

Job Title: CNA    Name of Direct Supervisor: Debra Booe

Approved by: _____    Date: 05-16-2011

**Redacted**

Hepatitis B: ☐ consent ☒ declination

Consent delivered to Nursing on __/__/__

License expiration date: 7/16/12

(State) CRC results date: 05-05-2009

Original Hire Date: 5/8/09

(transfer or change of ownership – hire date with old company)

**ALL ITEMS MUST BE COMPLETED BEFORE EMPLOYEE MAY BE ENTERED IN SOFTWARE SYSTEMS**

*From Employee Voluntary ID form:*
**Check box if employee did NOT complete**
(Information completed by Personnel Director)

Ethnicity
- White
- Black
- Hispanic
- Asian
- American Indian
- Hawaiian/Pacific Islander
- Two or more races

☐ Male   ☒ Female

Disability?
☐ yes   ☒ no

Veteran Status
☐ Vietnam Veteran
☐ Disabled Veteran

**BY SIGNING BELOW I CERTIFY THAT THE ABOVE INFORMATION IS BOTH COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

EMPLOYEE SIGNATURE: Tabitha Riley    DATE: 5-10-11

Revised 1/07, 12/10

ANNUAL REVIEW    Annual Review.

RHC009365

*Facility:* RIDGECREST HEALTH AND REHABILITATION

# Wage Increase Form

Employee Name:   TABITHA RILEY          Employee Number    383

Social Security #:   **Redacted**          Date of Hire: 05/08/2009

Position   CNA          Department: NURSING

Current rate of pay: $ Redacted ___ per HR

Proposed rate of pay:$ Redacted ___ per HR ___
Percentage increase: Redacted ___% (by)   = Redacted

Effective Date: 05-16-2011
(*must coincide with start of a pay period)

Requested by Department Head: DEBRA ROSE ___ (Supervisor)
                              *(printed name)*

Reason:

☐   Error in starting rate of pay

☐   Based on 90-day evaluation

☑   Based on annual evaluation

☐   Shifted to new position; formerly:_____ now:_____

☐   Took on additional responsibilities of:_____

☐   Bringing in-line with current pay scale

☐   Merit-based increase based on performance – explanation:_____
_____
_____
_____

Supervisor Signature: Debra Rose RN ___          Date: 05-16-2011

☒ Approved as-is   Redacted (by)          ☐ Amended to $_____ per _____

Administrator Signature: R Yale ___          Date: 05-16-2011

Received by Payroll: KCH (init)          Effective pay period beginning: 05-16-2011
Date: 05-16-2011          ☑ Employee Info sheet data entered
          Date: 05-16-2011

Confidential

*Facility: RIDGECREST HEALTH AND REHABILITATION*

# Employee Performance Evaluation

Employee Name   TABITHA RILEY   Employee   383

Hire Date: 05/08/2009       Position: CNA       Dept : NURSING

☐ 90-day evaluation       ☐ Annual evaluation       ☑ Merit evaluation

☐ Evaluation for other reason:_____

**EMPLOYEE** Instructions:  Please read and consider each area very carefully.  Consider your average work output and habits in determining responses.  Rate yourself as honestly as possible in each area.

*5-SUPERIOR–accomplishment far exceeds both reasonable and demanding standards*
*4-EXCELLENT-accomplishment clearly demonstrates successful meeting of all job requirements*
*3-GOOD–requirements met, but at bare minimum levels necessary to be considered successful*
*2-SUFFICIENT–successfully completes majority of work, but an obvious improvement need exists*
*1-INSUFFICIENT-work is noticeably less than acceptable and below job requirements*

4 **General Quality of Work:**  accuracy, attention to detail, originality, efficiency, ability to work independently, confidence in results, pride in work

4 **Quantity of Work:**  timeliness of work completion, meeting of deadlines, full completion of projects as assigned, taking on of additional responsibilities, time management skills, task completion

4 **Job Knowledge:**  possession of practical/technical knowledge required to handle job responsibilities, independent educational habits

5 **Work Habits:**  attentiveness, ability to follow instruction, performance consistency, task flexibility, work ethic, trustworthiness, dependability, reliability, attendance, punctuality

2 **Creativity/Initiative:**  proposing of new ideas, better systems, problem-solving and solution-finding skills, personal expectations

4 **Inter-Personal Relationships:**  attitude, demeanor, tact, and level of professionalism exhibited interacting with patients, families, Doctors, co-workers, administration, other departments; cooperativeness, degree of teamwork

3 **Adherence to Policies/Procedures:**  respect of authority, following of codes of conduct and behavior, understanding of importance of following proper protocols, support and acceptance of supervisory directives

3 **Communication Skills:**  effective language use, clear expression of ideas, ability to explain concepts to others, handling of confrontations

3 **Leadership:**  ability to motivate others, adaptation to new situations, withstanding of pressure, crisis coping, logical and practical decision-making skills

3 **Professionalism:**  pride in facility reputation, ability to make professional impression by personal appearance, dress, speech, tone of voice, appropriateness of comments and actions

Total score: 39 + 10 = 49 **Overall Performance Level per SELF-EVALUATION**

Specific areas of greatest accomplishment: in skills of my job

Specific areas of greatest challenge: handling situations better not overact.

Specific job goal to meet by next evaluation: Creativity -

Job goal from last evaluation met? yes if no, why not?_____

**OVER** > 2-sided form

Confidential

**SUPERVISOR** Instructions:  Please read and consider each area very carefully.  Consider the average work output and habits of the employee in determining responses.  Observe the employee at different points during the day.  Rate the employee in each area.

*5-SUPERIOR–accomplishment far exceeds both reasonable and demanding standards*
*4-EXCELLENT-accomplishment clearly demonstrates successful meeting of all job requirements*
*3-GOOD–requirements met, but at bare minimum levels necessary to be considered successful*
*2-SUFFICIENT–successfully completes majority of work, but an obvious improvement need exists*
*1-INSUFFICIENT-work is noticeably less than acceptable and below job requirements*

*1* ___ **General Quality of Work**:  accuracy, attention to detail, originality, efficiency, ability to work independently, confidence in results, pride in work

*3* ___ **Quantity of Work**:  timeliness of work completion, meeting of deadlines, full completion of projects as assigned, taking on of additional responsibilities, time management skills, task completion

*3* ___ **Job Knowledge**:  possession of practical/technical knowledge required to handle job responsibilities, independent educational habits

*3* ___ **Work Habits**:  attentiveness, ability to follow instruction, performance consistency, task flexibility, work ethic, trustworthiness, dependability, reliability, attendance, punctuality

*3* ___ **Creativity/Initiative**:  proposing of new ideas, better systems, problem-solving and solution-finding skills, personal expectations

*3* ___ **Inter-Personal Relationships**:  attitude, demeanor, tact, and level of professionalism exhibited interacting with patients, families, Doctors, co-workers, administration, other departments; cooperativeness, degree of teamwork

*3* ___ **Adherence to Policies/Procedures**:  respect of authority, following of codes of conduct and behavior, understanding of importance of following proper protocols, support and acceptance of supervisory directives

*3* ___ **Communication Skills**:  effective language use, clear expression of ideas, ability to explain concepts to others, handling of confrontations

*3* ___ **Leadership**:  ability to motivate others, adaptation to new situations, withstanding of pressure, crisis coping, logical and practical decision-making skills

*3* ___ **Professionalism**:  pride in facility reputation, ability to make professional impression by personal appearance, dress, speech, tone of voice, appropriateness of comments and actions, and attitude

**Total score:** __*30*__ + 10 = __*3*__ **Overall Performance Level**

Supervisor comments on reason for difference (if any) between employee evaluation and supervisor evaluation:_____
_____
_____

Additional Supervisor Comments:_____
_____
_____
_____

**Based on Supervisor Overall Performance Levels**
***Suggested*** **90-day** *Maximum* **hourly rate increases:**
5 – 4%
4 – 3.5%
3 – 3%          ***NOTE: ALL raises must be approved***
2 – 2%          *at the ASP (Administrative Services Provider)*
1 – 0            *level following Administrator approval.*
                 *Anything above 4% must be pre-approved.*

☐ **Recommended Raise of $_____ per_____ bringing rate of pay up to $_____ per_____**

☐ **No wage increase recommended at this time.**

**Supervisor Signature:**____*Debra Hosley*____ **Date:** __*5-16-18*__

*(attach to wage increase form and submit to Administrator for wage increase approval)*

Confidential

**Supervisory/Managerial Employee Evaluation Statement**

**Employee Name:_TABITHA RILEY__  Position:_____CNA_____**

**Date of Evaluation:_____Date of Hire:__05/08/2009 __**

I certify that I have never been asked to compromise the philosophies and goals of this facility to provide the highest possible quality of patient care.

I have never been asked to staff my department or otherwise operate my department or area with staffing levels below the state-required minimum staffing levels.

I have never been refused adequate patient supplies by the facility administration, nor the ASP (Administrative Services Provider).

I have never been asked to perform the functions of my job position in any manner that is in violation of state and federal regulations regarding long term care facilities, or any other state or federal regulations governing this facility.

By signing below, I am asserting that the above statements are true, and that I agree to continue to uphold the standards for my job position as presented in my signed job description.  I am signing this of my own free will, and understand that signing of this statement in conjunction with my annual evaluation is a condition of my employment.

Employee Signature:_____
Date:_____

Witness:_____
Date:_____

Page 3 of Employee Evaluation --- to be attached for Supervisor/Managerial employees.

Confidential

*Facility:* **RIDGECREST HEALTH AND REHABILITATION**

# Vacation Request Form
## Bereavement Pay Request Form

*Done*

Date of request:_____   ☐ first request   ☐ amended request

Employee Name: _Tabitha Riley_____   Employee Number: _383_____

Social Security #: | **Redacted** |   Date of Hire: _5-9-09_____

Position: _CNA_____   Department: _Nursing____

Vacation hours available as of request date: _75_   #of hours requested: _(15)_

Beginning date: _July 2nd_____   Returning to work on: _July 3rd_____

Bereavement Pay for _____ (date) and _____ (date)
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature: _Tabitha Riley_____

☑ Approved                        ☐ Denied

☐ Scheduled off                   Reason:_____

_____

Suggested dates:_____to

_____

Supervisor Signature:_____   Date:_____

Administrator Signature: _Lisa Yale_____   Date: _6/27/11_

Date received by payroll:_____

☐ Denied; original returned to employee, copy filed in employee file

☐ Approved; to be included on payroll for pay period ending:_____

☐ Submitted with payroll; filed in employee file

Payroll init. _____   Date:_____

Confidential                                    RHC009370



Facility: *RIDGECREST HEALTH AND REHABILITATION*

# Vacation Request Form
## Bereavement Pay Request Form

Date of request: 5-6-11      ☑ first request    ☐ amended request

Employee Name: Tabitha Riley     Employee Number: 383

Social Security #: **Redacted**     Date of Hire: 5-9-09 ✓

Position: Nursing      Department: CNA

Vacation hours available as of request date: 75 ✓    #of hours requested: ⟨15⟩

Beginning date: 7-2-11     Returning to work on: 7-3-11

Bereavement Pay for _____ *(date)* and _____ *(date)*
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature: Tabitha Riley

☑ Approved        ☐ Denied

☐ Scheduled off      Reason:_____

Suggested dates:_____ to
_____

Supervisor Signature: Shannon Brewer, RN   Date: 6/25/11

Administrator Signature:_____   Date:_____

Date received by payroll:_____

☐ Denied; original returned to employee, copy filed in employee file

☐ Approved; to be included on payroll for pay period ending:_____

☐ Submitted with payroll; filed in employee file

Payroll init. _____     Date:_____

Confidential

Facility: *RIDGECREST HEALTH AND REHABILITATION*

# Vacation Request Form
## Bereavement Pay Request Form

Date of request: 10-4-11 ___  ☑ first request ☐ amended request

Employee Name: Tabitha Riley ___  Employee Number: 383 ✓

Social Security #: **Redacted**  Date of Hire: 5-9-09 05/05/2009

Position: CNA ___  Department: Nursing

---

Vacation hours available as of request date: 75 67.50  #of hours requested: (15)

Beginning date: July 2nd  Returning to work on: July 3rd

Bereavement Pay for _____ (date) and _____ (date)
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature: Tabitha Riley ___

---

☐ Approved    available  ☐ Denied
☐ Scheduled off  verified this  Reason: _____
              aug. his worked  _____
              16-11 pay period  _____
              04/06/2011  Suggested dates: _____ to
              _____

Supervisor Signature: _____  Date: _____

---

Administrator Signature: _____  Date: _____

---

Date received by payroll: _____

☐ Denied; original returned to employee, copy filed in employee file

☐ Approved; to be included on payroll for pay period ending: _____

☐ Submitted with payroll; filed in employee file

Payroll init. _____  Date: _____

Confidential                                                    RHC009379

*Facility: RIDGECREST HEALTH AND REHABILITATION*

# Vacation Request Form
## Bereavement Pay Request Form

Date of request: July 1st 2011    ☑ first request    ☐ amended request

Employee Name: Tabitha Riley    Employee Number: 383

Social Security #: **Redacted**    Date of Hire: 5-9-09

Position: Nursing    Department: CNA

---

Vacation hours available as of request date: _____    # of hours requested: (15)

Beginning date: July 3rd    Returning to work on: July 8th

Bereavement Pay for _____ (date) and _____ (date)
*(3 paid days off in the event of the death of employee's parent, spouse, child, or sibling)*

Employee Signature: Tabitha Riley

---

☑ Approved   Per Lisa    ☐ Denied

☐ Scheduled off    Reason: Child has to be sent to little Rock Hospital

Suggested dates: _____ to

Supervisor Signature: Shauna Brewer RN    Date: 7/1/11

Administrator Signature: _____    Date: _____

---

Date received by payroll: _____

☐ Denied; original returned to employee, copy filed in employee file

☐ Approved; to be included on payroll for pay period ending: _____

☐ Submitted with payroll; filed in employee file

Payroll init. _____    Date: _____

Confidential    RHC009381

# DAILY BREAK LOG

Facility: Ridgecrest Health and Rehab   Date: 10/6/11   Census: _____
Department: _____   Day: _____

☐ Day Shift          ☑ Evening Shift          ☐ Night Shift

| Name Title | Hall (or station) | Reason for Break (break, lunch, other) | Time out | Time in | Total minutes |
|---|---|---|---|---|---|
| **Redacted** | | lunch | 7pm | 730pm | 30 |
| | | Lunch | 7:30pm | 8:00 | 30 |
| | Sowell | lunch | 7pm | 730pm | 30 |
| | East | lunch | 7:30p | 8:00p | 30 min. |
| | NORTH | LUNCH | 8:00p | 830p | 30 |
| Teresa Knight | South | lunch | 7:30 | 8:00 | 30 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT
5

Confidential

RHC011211

# DAILY BREAK LOG

Facility: Ridgecrest Health and Rehab   Date: 10/5/2011   Census: 63

Department: _____   Day: _____

☐ Day Shift          ☐ Evening Shift          ☒ Night Shift

| Name-Title | Hall (or station) | Reason for Break (break, lunch, other) | Time out | Time in | Total minutes |
|---|---|---|---|---|---|
| Redacted | North | Evening (Lunch) | 6:50 | 7:20 | 7: |
|  | North | Lunch | 7:30pm | 8:00pm | 30 |
|  | SOUTH | LUNCH | 745pm | 815pm | 80 |
|  | East | Lunch | 7:00pm | 7:30pm | 30min |
|  | East | Lunch | 7:30pm | 8:00pm | 30min |
| Interom Wright | South | Lunch | 7:35 | 8:00pm | 30min |
|  | North/South | Lunch | 9:00pm | 9:30pm | 30min |
| Redacted | North | Lunch | 8:30a | 3:00a | 30min |
|  | East | Break | 9:00AM | 9:15 | 15min |
|  | South/East | Break | 2:30 | 2:45 | 15 |
|  | East | Lunch | 3:00am | 3:30 | 30min |
|  | East | Lunch | 10p | 1030p | 30min |
|  | North | Lunch | 11p | 1130p | 30min |