IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL; AMANDA HODGES;
CRYSTAL WALTERS; HEATHER CROW;
TABITHA RILEY; TERESA KNIGHT, all individually
and on behalf of others similarly situated          PLAINTIFFS

v.                    No. 4:12-cv-176-DPM

RELIANCE HEALTH CARE INC.;
NORTHWEST HEALTH AND REHAB INC.
d/b/a North Hills Life Care & Rehab;
BRANDON ADAMS, individually and in his
capacity as owner, manager, officer and/or
incorporator of Reliance Health Care Inc.
and Northwest Health and Rehab Inc.; BRYAN
ADAMS, individually and in his
capacity as owner, manager, officer and/or
incorporator of Reliance Health Care Inc.
and Northwest Health and Rehab Inc.; OCNC INC.
d/b/a Silver Oaks Health and Rehabilitation;
SCNC INC. d/b/a Spring Creek Health
and Rehab; and JBNC INC. d/b/a Ridgecrest Health
and Rehabilitation                                  DEFENDANTS

ORDER

The Court notes and confirms the parties' joint stipulation. № 151. Defendants Brandon and Bryan Adams are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2013