IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL; AMANDA HODGES;
CRYSTAL WALTERS; HEATHER CROW;
TABITHA RILEY, all individually
and on behalf of others similarly situated                    PLAINTIFFS

v.                        No. 4:12-cv-176-DPM

RELIANCE HEALTH CARE INC.;
NORTHWEST HEALTH AND REHAB INC.
d/b/a North Hills Life Care & Rehabilitation;
OCNC INC. d/b/a Silver Oaks Health & Rehabilitation;
SCNC INC. d/b/a Spring Creek Health
& Rehabilitation; and JBNC INC. d/b/a Ridgecrest Health
& Rehabilitation                                              DEFENDANTS

### ORDER

The Court notes and confirms the Plaintiffs' motion to dismiss.  № 155.

Reliance Health Care Inc. is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2013