IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL; AMANDA HODGES;
CRYSTAL WALTERS; HEATHER CROW;
TABITHA RILEY, all individually
and on behalf of others similarly situated          PLAINTIFFS

v.                    No. 4:12-cv-176-DPM

NORTHWEST HEALTH AND REHAB INC.
d/b/a North Hills Life Care & Rehabilitation;
OCNC INC. d/b/a Silver Oaks Health & Rehabilitation;
SCNC INC. d/b/a Spring Creek Health
& Rehabilitation; and JBNC INC. d/b/a Ridgecrest Health
& Rehabilitation                                    DEFENDANTS

## ORDER

Brandon Adams, Bryan Adams, and Reliance Health Care, Inc's motion for summary judgment, № 148, is denied as moot. The Court has, by agreement, dismissed all claims against these parties with prejudice. № 152 & № 157.

Plaintiffs' motion, № 156, to withdraw Stills's second declaration and their arguments based on it, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2013