IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL; AMANDA
HODGES; CRYSTAL WALTERS;
HEATHER CROW; and TABITHA RILEY,
all individually and on behalf of others
similarly situated                                                                    PLAINTIFFS

v.                               No. 4:12-cv-176-DPM

NORTHWEST HEALTH & REHAB,
INC. d/b/a North Hills Life Care &
Rehab; OCNC, INC. d/b/a Silver Oaks
Heath & Rehabilitation; SCNC, INC.
d/b/a Spring Creek Health & Rehab;
and JBNC, INC., d/b/a Ridgcrest Health
and Rehabilitation                                                                    DEFENDANTS

ORDER

The Court appreciates the Plaintiffs' notice about Crow's unaccepted offer of judgment. № 193. For the reasons previously explained, № 187 at 2–4, the Court concludes that it lacks subject matter jurisdiction over Crow's claims, except to enter judgment and resolve any dispute about a reasonable attorney's fee and costs. The Court will enter judgment for $313.76 of damages in due course. Crow-related fees and costs should be addressed in the stipulation or motion due by 31 March 2014.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 March 2014