IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL; AMANDA
HODGES; CRYSTAL WALTERS;
HEATHER CROW; and TABITHA RILEY,
all individually and on behalf of others
similarly situated                                               PLAINTIFFS

v.                         No. 4:12-cv-176-DPM

NORTHWEST HEALTH & REHAB,
INC. d/b/a North Hills Life Care &
Rehab; OCNC, INC. d/b/a Silver Oaks
Heath & Rehabilitation; SCNC, INC.
d/b/a Spring Creek Health & Rehab;
and JBNC, INC., d/b/a Ridgcrest Health
and Rehabilitation                                               DEFENDANTS

ORDER

The request for a telephone conference is denied. The deadline for a stipulation or motion on attorney's fees related to Hodges, Walters, Riley, and Crow's claims is extended to 11 April 2014. The parties should keep talking and working without the Court's involvement. If the parties' want a Magistrate Judge to convene a settlement conference on this issue, then they should make that joint request in conjunction with any motion.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

*20 March 2014*