IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL, Individually &
on behalf of others similarly situated                                    PLAINTIFF

v.                              No. 4:12-cv-176-DPM

NORTHWEST HEALTH & REHAB, INC.
d/b/a North Hills Life Care & Rehab                                   DEFENDANTS

ORDER

Joint motion, № 215, granted. The proposed settlement is fair, reasonable, and adequate. *In re Flight Transportation Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). All of Marlys St. John's claims against Northwest Health and Rehab, Inc., d/b/a North Hills Life Care and Rehab, are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2014