IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL                                                    PLAINTIFF

v.                              No. 4:12-cv-176-DPM

NORTHWEST HEALTH & REHAB, INC.
d/b/a North Hills Life Care & Rehab                                  DEFENDANT

ORDER

Joint motion, № 220, granted. The Court agrees that the Campbell/North Hills settlement is a fair, reasonable, and adequate resolution of a genuine dispute. The Court will enter judgment dealing with all claims and all parties in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2014