IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLYN CAMPBELL; AMANDA HODGES;
CRYSTAL WALTERS; HEATHER CROW;
TABITHA RILEY; TERESA KNIGHT;
EBONY BRADFORD; MARLYS ST. JOHN;
and DOMINQUE PLUMMER, all individually and
on behalf of all others similarly situated                          PLAINTIFFS

v.                          No. 4:12-cv-176-DPM

RELIANCE HEALTH CARE, INC.;
NORTHWEST HEALTHCARE AND REHAB, INC.
d/b/a North Hills Life & Rehab; BRANDON ADAMS,
individually and in his capacity as owner, manager, officer, or
incorporator of Reliance Health Care, Inc. and
Northwest Health and Rehab, Inc.; BRYAN ADAMS,
individually and in his capacity as owner, manager, officer, or
incorporator of Reliance Health Care, Inc. and
Northwest Health and Rehab, Inc.; OCNC, INC.
d/b/a Silver Oaks Health & Rehabilitation; SCNC, INC.
d/b/a Spring Creek Health & Rehab; JBNC, INC.
d/b/a Ridgecrest Health and Rehabilitation; and
HERITAGE SQUARE NURSING AND
REHABILITATION CENTER, INC.                                         DEFENDANTS

JUDGMENT

1. All of Campbell's, Bradford's, Knight's, St. John's, and Plummer's claims against all Defendants are dismissed with prejudice.

2. Hodges shall have judgment against SCNC, Inc. d/b/a Spring Creek Health & Rehab for $810.60, for her share of the combined reasonable

attorney's fees ($109,089.70) and of the costs ($5,700.50) previously awarded, and for post-judgment interest. Post-judgment interest will accrue at 0.11% per annum from today until this Judgment is paid. 28 U.S.C. § 1961(a)-(b). Hodges's claims against all other Defendants are dismissed with prejudice.

3. Walters shall have judgment against OCNC, Inc. d/b/a Silver Oaks Health & Rehabilitation for $912.00, for her share of the combined reasonable attorney's fees ($109,089.70) and of the costs ($5,700.50) previously awarded, and for post-judgment interest. Post-judgment interest will accrue at 0.11% per annum from today until this Judgment is paid. 28 U.S.C. § 1961(a)-(b). Walters's claims against all other Defendants are dismissed with prejudice.

4. Riley shall have judgment against JBNC, Inc. d/b/a Ridgecrest Health and Rehabilitation for $3,108.76, for her share of the combined reasonable attorney's fees ($109,089.70) and of the costs ($5,700.50) previously awarded, and for post-judgment interest. Post-judgment interest will accrue at 0.11% per annum from today until this Judgment is paid. 28 U.S.C. § 1961(a)-(b). Riley's claims against all other Defendants are dismissed with prejudice.

**5.** Crow shall have judgment, jointly and severally, against Northwest Health & Rehab d/b/a North Hills Life & Rehab and SCNS, Inc. d/b/a Spring Creek Health & Rehab for $313.76, for her share of the combined reasonable attorney's fees ($109,089.70) and of the costs ($5,700.50) previously awarded, and for post-judgment interest. Post-judgment interest will accrue at 0.11% per annum from today until this Judgment is paid. 28 U.S.C. § 1961(a)–(b). Crow's claims against all other Defendants are dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2014